IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED
JUN 2 3 2014
U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

GILEAD SCIENCES, INC. and
EMORY UNIVERSITY

Plaintiff(s),

v.

MYLAN INC. and
MYLAN PHARMACEUTICALS INC.

Defendant(s).

Civil NO: 1:14-CV-99 (Keeley)

ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of David Bassett_____, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: 6-23-14

_____
United States District Judge