Office of the Secretary of State
Building 1 Suite 157-K
1900 Kanawha Blvd E.
Charleston, WV 25305



**Natalie E. Tennant**
Secretary Of State
State Of West Virginia
**Phone:** 304-558-6000
866-767-8683
**Visit us online:**
www.wvsos.com

Cheryl Dean Riley
500 West Pike St., Rm. 301
PO Box 2857
Clarksburg, WV 26302

**FILED**

JUL 0 8 2014

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

**Control Number:** 27250
**Defendant:** MYLAN PHARMACEUTICALS INC.
209 WASHINGTON ST W
CHARLESTON, WV 25302-2348 US

**Agent:** Corporation Service Company
**County:** Federal
**Civil Action:** 1:14-CV-99
**Certified Number:** 92148901125134100000296673
**Service Date:** 7/1/2014

I am enclosing:

**1 summons and amended complaint**

which was served on the Secretary at the State Capitol as your statutory attorney-in-fact. According to law, I have accepted service of process in the name and on behalf of your corporation.

Please note that this office has no connection whatsoever with the enclosed documents other than to accept service of process in the name and on behalf of your corporation as your attorney-in-fact. Please address any questions about this document directly to the court or the plaintiff's attorney, shown in the enclosed paper, **not to the Secretary of State's office**.

Sincerely,

*Natalie E Tennant*

Natalie E. Tennant
Secretary of State

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

| | | |
|---|---|---|
| GILEAD SCIENCES, INC. and EMORY UNIVERSITY<br><br>*Plaintiff(s)*<br>v.<br>MYLAN INC. and MYLAN PHARMACEUTICALS INC.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:14-CV-99 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Mylan Pharmaceuticals Inc.
c/o Corporation Service Company
209 West Washington Street
Charleston, West Virginia 25302

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Richard W. Gallagher, Esq.
E. Ryan Kennedy, Esq.
ROBINSON & McELWEE PLLC
140 W. Main Street, Suite 300
Clarksburg, WV 26301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Cheryl Dean Riley**

CLERK OF COURT

Date: 06/27/2014

*Signature of Clerk or Deputy Clerk*