```
                                                            FILED
         IN THE UNITED STATES DISTRICT COURT              JUL 21 2014
       FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
                                                       U.S. DISTRICT COURT-WVND
                                                         CLARKSBURG, WV 26301
```

GILEAD SCIENCES, INC. and            (
EMORY UNIVERSITY,                    (
                                     (
    Plaintiffs,   (
v.                                   (          CIVIL ACTION NO.: 1:14-cv-99
                                     (              Honorable Irene M. Keeley
                                     (
MYLAN INC. and                       (
MYLAN PHARMACEUTICALS INC.,          (
                                     (
    Defendants.   (

## ORDER GRANTING SUBSTITUTION OF LOCAL COUNSEL

    This day came the Plaintiffs, by counsel, and moved this Court to allow Richard W. Gallagher and E. Ryan Kennedy of Robinson & McElwee PLLC to withdraw as their local counsel, and to substitute Frank E. Simmerman, Jr., Chad L. Taylor, and Frank E. Simmerman, III, of the Simmerman Law Office, PLLC, as West Virginia counsel of record, and further moved the Court to substitute Frank E. Simmerman, Jr., and responsible local attorney for Plaintiffs' previously-admitted *pro hac vice* counsel: Colleen Tracy James and David B. Bassett.

    Having reviewed and considered Plaintiffs' Motion, IT IS ORDERED that Richard W. Gallagher, E. Ryan Kennedy, and Robinson & McElwee PLLC are hereby discharged from further responsibilities herein, and that Frank E. Simmerman, Jr., Chad L. Taylor, Frank E. Simmerman, III, and the Simmerman Law Office, PLLC, are hereby substituted as West Virginia counsel of record for Plaintiffs in this matter. IT IS FURTHER ORDERED that Frank E. Simmerman, Jr., is hereby substituted as responsible local attorney for Plaintiffs' *pro hac vice* counsel: Colleen Tracy James and David B. Bassett. Mr. Simmerman is directed to provide the

West Virginia State Bar with notice of this change. IT IS ORDERED that hereafter all pleadings and Orders be forwarded to Plaintiffs' new local counsel, the Simmerman Law Office, PLLC, at 254 East Main Street, Clarksburg, West Virginia, 26301.

ENTER: July 21, 2014

Hon. Irene M. Keeley, Judge