UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG

| | |
|---|---|
| GILEAD SCIENCES, INC. and EMORY UNIVERSITY, | ) ) ) ) |
| Plaintiffs, | ) ) Case No. 1:14-CV-99 (Keeley) |
| v. | ) ) |
| MYLAN INC. and MYLAN PHARMACEUTICALS INC., | ) ) ) |
| Defendants. | ) ) |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF MYLAN INC.**

Pursuant to Fed. R. Civ. P. 7.1, Mylan Inc. states as follows:

1. There is no parent company of Mylan Inc.

2. There is no publicly held corporation that owns 10% or more of Mylan Inc.'s stock.

Respectfully submitted this 12th day of August, 2014.

                                                 **STEPTOE & JOHNSON PLLC**

                                               /s/ *Gordon H. Copland*
                                               Gordon H. Copland (WV Bar #828)
                                                 gordon.copland@steptoe-johnson.com
                                               William J. O'Brien (WV Bar #10549)
                                                 william.obrien@steptoe-johnson.com
                                               400 White Oaks Boulevard
                                               Bridgeport, WV 26330
                                               Telephone: (304) 933-8000
                                               Facsimile: (304) 933-8183

*Of counsel:*

Timothy H. Kratz (tkratz@mcguirewoods.com)
George J. Barry III (gbarry@mcguirewoods.com)
Jessica M. Hauth (jhauth@mcguirewoods.com)
Meghan M. Rachford (mrachford@mcguirewoods.com)
**MCGUIREWOODS LLP**
1230 Peachtree Street N.E., Suite 2100
Atlanta, Georgia 30309-3534
404-443-5500
404-443-5599 (facsimile)

Cedric C.Y. Tan (ctan@mcguirewoods.com)
**MCGUIREWOODS LLP**
2001 K Street N.W., Suite 400
Washington, DC 20006
202-857-1700
202-857-1737 (facsimile)

*Attorneys and Trial Counsel for*
*Mylan Inc. and Mylan Pharmaceuticals Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of August, 2014, I electronically filed the foregoing "Rule 7.1 Corporate Disclosure Statement of Mylan Inc." with the clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

    Richard W. Gallagher, Esquire
    E. Ryan Kennedy, Esquire
    Robinson & McElwee PLLC
    P. O. Box 128
    140 West Main Street, Suite 300
    Clarksburg, WV 26302-0128

    Colleen Tracy, Esquire (*pro hac vice*)
    Fitzpatrick, Cella, Harper & Scinto
    1290 Avenue of the Americas
    New York, NY 10104

    David Bassett, Esquire (*pro hac vice*)
    Wilmer Cutler Pickering Hale and Dorr LLP
    7 World Trade Center
    250 Greenwich Street
    New York, NY 10007
    *Attorneys for Plaintiffs*
    *Gilead Sciences, Inc. and Emory University*

    **STEPTOE & JOHNSON PLLC**

    /s/ *Gordon H. Copland*
    Gordon H. Copland (WV Bar #828)
      gordon.copland@steptoe-johnson.com
    William J. O'Brien (WV Bar #10549)
      william.obrien@steptoe-johnson.com
    400 White Oaks Boulevard
    Bridgeport, WV 26330
    Telephone: (304) 933-8000
    Facsimile: (304) 933-8183