UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG

| | |
|---|---|
| GILEAD SCIENCES, INC. and<br>EMORY UNIVERSITY,<br><br>      Plaintiffs,<br><br>v.<br><br>MYLAN INC. and<br>MYLAN PHARMACEUTICALS INC.,<br><br>      Defendants. | Case No. 1:14-CV-99 (Keeley) |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT
OF MYLAN PHARMACEUTICALS INC.**

Pursuant to Fed. R. Civ. P. 7.1, Mylan Pharmaceuticals Inc. states as follows:

1. The parent company of Mylan Pharmaceuticals Inc. is Mylan Inc.

2. The name of any publicly held corporation that owns 10% or more of Mylan Pharmaceuticals Inc.'s stock is Mylan Inc.

Respectfully submitted this 12th day of August, 2014.

                                                                                      **STEPTOE & JOHNSON PLLC**

                                                                                */s/ Gordon H. Copland*
                                                                                Gordon H. Copland (WV Bar #828)
                                                                                  gordon.copland@steptoe-johnson.com
                                                                                William J. O'Brien (WV Bar #10549)
                                                                                 william.obrien@steptoe-johnson.com
                                                                                 400 White Oaks Boulevard
                                                                                 Bridgeport, WV 26330
                                                                                 Telephone: (304) 933-8000
                                                                                 Facsimile: (304) 933-8183

*Of counsel:*

Timothy H. Kratz (tkratz@mcguirewoods.com)
George J. Barry III (gbarry@mcguirewoods.com)
Jessica M. Hauth (jhauth@mcguirewoods.com)
Meghan M. Rachford
(mrachford@mcguirewoods.com)
**MCGUIREWOODS LLP**
1230 Peachtree Street N.E., Suite 2100
Atlanta, Georgia 30309-3534
404-443-5500
404-443-5599 (facsimile)

Cedric C.Y. Tan (ctan@mcguirewoods.com)
**MCGUIREWOODS LLP**
2001 K Street N.W., Suite 400
Washington, DC 20006
202-857-1700
202-857-1737 (facsimile)

*Attorneys and Trial Counsel for*
*Mylan Inc. and Mylan Pharmaceuticals Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of August, 2014, I electronically filed the foregoing "Rule 7.1 Corporate Disclosure Statement of Mylan Pharmaceuticals Inc." with the clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

>Richard W. Gallagher, Esquire
>E. Ryan Kennedy, Esquire
>Robinson & McElwee PLLC
>P. O. Box 128
>140 West Main Street, Suite 300
>Clarksburg, WV 26302-0128
>
>Colleen Tracy, Esquire (*pro hac vice*)
>Fitzpatrick, Cella, Harper & Scinto
>1290 Avenue of the Americas
>New York, NY 10104
>
>David Bassett, Esquire (*pro hac vice*)
>Wilmer Cutler Pickering Hale and Dorr LLP
>7 World Trade Center
>250 Greenwich Street
>New York, NY 10007
>*Attorneys for Plaintiffs*
>*Gilead Sciences, Inc. and Emory University*

>STEPTOE & JOHNSON PLLC
>
>/s/ *Gordon H. Copland*
>Gordon H. Copland (WV Bar #828)
>  gordon.copland@steptoe-johnson.com
>William J. O'Brien (WV Bar #10549)
>  william.obrien@steptoe-johnson.com
>400 White Oaks Boulevard
>Bridgeport, WV 26330
>Telephone: (304) 933-8000
>Facsimile: (304) 933-8183

6665639