# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**FILED**

AUG 2 7 2014

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

| | |
|---|---|
| GILEAD SCIENCES, INC. and EMORY UNIVERSITY, | |
| Plaintiff(s), | |
| v. | CIVIL ACTION NO: 1:14-cv-99-IMK |
| MYLAN INC. and MYLAN PHARMACEUTICALS INC. | |
| Defendant(s). | |

## ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of George J. Barry III, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: 8/27/2014

_____
United States District Judge