IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

GILEAD SCIENCES, INC. and
EMORY UNIVERSITY,

    Plaintiff(s),

v.

MYLAN INC. and
MYLAN PHARMACEUTICALS INC.,

    Defendant(s).

Civil    NO: 14-cv-99 (IMK)

## ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Kate Saxton, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: September 10, 2014

*Irene M. Keeley*
United States District Judge