IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**GILEAD SCIENCES, INC. and
EMORY UNIVERSITY,**

       **Plaintiffs,**

**v.**     //     CIVIL ACTION NO. 1:14CV99
                  (Judge Keeley)

**MYLAN INC. and MYLAN
PHARMACEUTICALS INC.,**

       **Defendants.**

## ORDER RESCHEDULING THE SCHEDULING CONFERENCE

The Court **RESCHEDULES** the scheduling conference currently set for Thursday, September 25, 2014 at 1:00 P.M. to **Thursday, October 2, 2014** at **2:30 P.M.** at the **Clarksburg, West Virginia** point of holding court. Counsel may request that the Court conduct the scheduling conference by telephone. If the scheduling conference is to be by telephone, the Court directs lead counsel for the plaintiff to initiate the conference call, which shall include all parties wishing to participate by phone or alternatively, counsel may provide a call-in number to all parties participating by phone and the Court. The Court notifies the parties that any pending motions in the case that are fully briefed **WILL BE ADDRESSED** at the scheduling conference.

The Court directs the Clerk to transmit copies of this Order to counsel of record.

DATED: September 18, 2014

                                          /s/ Irene M. Keeley
                                          IRENE M. KEELEY
                                          UNITED STATES DISTRICT JUDGE