IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**FILED**

SEP 2 9 2014

U.S. DISTRICT COURT
CLARKSBURG, WV 26301

GILEAD SCIENCES, INC. and
EMORY UNIVERSITY,

Plaintiff(s),

v.                                              Civil         NO: 14-cv-99 (IMK)

MYLAN INC. and
MYLAN PHARMACEUTICALS INC.,

Defendant(s).

ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Vinita Ferrera, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: 9.29.2014

_____
United States District Judge