IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED
SEP 29 2014
U.S. DISTRICT COURT
CLARKSBURG, WV 26301

GILEAD SCIENCES, INC. and
EMORY UNIVERSITY,

Plaintiff(s),

v.

MYLAN INC. and
MYLAN PHARMACEUTICALS INC.

Defendant(s).

Civil NO: 1:14-cv-99 (IMK)

ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Timothy H. Kratz, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: *Irene M. Keeley*

United States District Judge