IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| GILEAD SCIENCES, INC. and<br>EMORY UNIVERSITY,<br><br>　　Plaintiffs,<br>v.<br><br>MYLAN INC. and<br>MYLAN PHARMACEUTICALS INC.,<br><br>　　Defendants. | CIVIL ACTION NO.: 1:14-cv-99<br>Honorable Irene M. Keeley |

## STIPULATION CONCERNING DEFENDANTS' AMENDED ANSWER, DEFENSES AND COUNTERCLAIMS

The parties to this action, by and through their respective counsel, hereby stipulate and agree to the following:

1. On August 12, 2014, Defendants filed their "Answer, Defenses and Counterclaims of Mylan Pharmaceuticals Inc. and Mylan Inc." (Doc. 24).

2. On September 2, 2014, Plaintiffs filed their Answer to Defendants' Counterclaims (Doc. 38).

3. Later on September 2, 2014, Defendants filed an "Amended Answer, Defenses and Counterclaims of Mylan Pharmaceuticals Inc. and Mylan Inc." (Doc. 39). This filing made no changes to the allegations contained in Defendants' initial Counterclaims asserted against Plaintiffs in Doc. 24.

4. No further response by Plaintiffs to Defendants' Counterclaims is warranted

1

by the filing of Defendants' "Amended Answer, Defenses and Counterclaims" (Doc. 39) insofar as Plaintiffs previously responded to Defendants' Counterclaims via Doc. 38.

Date: October 2, 2014

/s/Chad L. Taylor
Frank E. Simmerman, Jr., (WVSB# 3403)
fes@simmermanlaw.com
Chad L. Taylor (WVSB# 10564)
clt@simmermanlaw.com
Frank E. Simmerman, III (WVSB# 11589)
trey@simmermanlaw.com
SIMMERMAN LAW OFFICE, PLLC
254 East Main Street
Clarksburg, West Virginia 26301
Tel: (304) 623-4900
Fax: (304) 623-4906

Colleen Tracy James (admitted *pro hac vice*)
MAYER BROWN LLP
1675 Broadway
New York, New York 10019-5820
Tel: (212) 506-2122
Fax: (212) 262-1910

David B. Bassett (admitted *pro hac vice*)
WILMER CUTLER PICKERING HALE
AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Tel: (212) 230-8800
Fax: (212) 230-8888

*Counsel for Plaintiffs*

/s/Gordon H. Copland
Gordon H. Copland (WVSB# 828)
gordon.copland@steptoe-johnson.com
William J. O'Brien (WVSB# 10549)
william.obrien@steptoe-johnson.com
STEPTOE & JOHNSON PLLC
400 White Oaks Blvd.
Bridgeport, WV 26330
Tel: (304) 933-8000
Fax: (304) 933-8183

*Of Counsel:*

Timothy H. Kratz
George J. Barry III
Jessica M. Hauth
Meghan M. Rachford
McGUIREWOODS LLP
1230 Peachtree St. N.E., Suite 2100
Atlanta, GA 30309-3534
404-443-5500
404-443-5599 (fax)

Cedric C.Y. Tan
McGUIREWOODS LLP
2001 K Street N.W., Suite 400
Washington, DC 20006
202-857-1700
202-857-1737 (fax)

*Counsel for Defendants*