IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| GILEAD SERVICES, INC. and<br>EMORY UNIVERSITY,<br><br>    Plaintiffs,<br><br>    v.<br><br>MYLAN PHARMACEUTICALS INC. and<br>MYLAN INC.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 1:14-cv-00099<br>)  (Judge Keeley)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

The undersigned counsel for Plaintiffs hereby certifies that on October 6, 2014, a true copy of the foregoing **PLAINTIFFS' RULE 26(a)(1) INITIAL DISCLOSURES** was served upon the following by electronic mail:

George J. Barry, III (gbarry@mcguirewoods.com)
Jessica M. Hauth (jhauth@mcguirewoods.com)
Timothy H. Kratz (tkratz@mcguirewoods.com)
Meghan M. Rachford (mrachford@mcguirewoods.com)
Cedric C.Y. Tan (ctan@mcguirewoods.com)
McGuireWoods LLP
1230 Peachtree Street N.E., Suite 2100
Atlanta, Georgia 30309-3534

Gordon H. Copland (Gordon.Copland@steptoe-johnson.com)
William J. O'Brien (William.Obrien@steptoe-johnson.com)
Steptoe & Johnson PLLC
400 White Oaks Blvd.
Bridgeport, West Virginia 26330
*Counsel for Defendants*

                                                /s/Chad L. Taylor_____
                                                Frank E. Simmerman, Jr. (WVSB# 3403)
                                                fes@simmermanlaw.com
                                                Chad L. Taylor (WVSB# 10564)
                                                clt@simmermanlaw.com
                                                Frank E. Simmerman, III (WVSB# 11589)
                                                trey@simmermanlaw.com
                                                SIMMERMAN LAW OFFICE, PLLC

                254 East Main Street
                Clarksburg, West Virginia 26301
                Phone:  (304) 623-4900
                Fax:  (304) 623-4906

ActiveUS 136653398v.1