UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG

_____
                                                                     )
GILEAD SCIENCES, INC. and           )
EMORY UNIVERSITY,                   )
                                                                     )
      Plaintiffs,                          )      Case No. 1:14-CV-99 (Keeley)

v.

MYLAN INC. and
MYLAN PHARMACEUTICALS INC.,

      Defendants.
_____

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 6th day of October, 2014, "Mylan Inc. and Mylan Pharmaceuticals Inc.'s Initial Disclosures Pursuant to Rule 26(a)(1)" were served on the following counsel by electronic mail, addressed as follows:

            Frank E. Simmerman, Jr., Esquire
            Chad L. Taylor, Jr., Esquire
            Frank E. Simmerman, III
            SIMMERMAN LAW OFFICE, PLLC
            254 East Main Street
            Clarksburg, WV 26301
            fes@simmermanlaw.com
            clt@simmermanlaw.com
            trey@simmermanlaw.com

            Colleen Tracy James, Esquire (*pro hac vice*)
            MAYER BROWN LLP
            1675 Broadway
            New York, NY 10019
            ctracyjames@mayerbrown.com

            David Bassett, Esquire (*pro hac vice*)
            WILMER CUTLER PICKERING HALE AND DORR LLP
            7 World Trade Center
            250 Greenwich Street
            New York, NY 10007
            david.bassett@wilmerhale.com

Kate Saxton (*pro hac vice*)
Vinita Ferrera, Esquire (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
kate.saxton@wilmerhale.com
vinita.ferrera@wilmerhale.com

*Attorneys for Plaintiffs*
*Gilead Sciences, Inc. and Emory University*

                ***/s/ Gordon H. Copland***
                Gordon H. Copland (WV Bar #828)
                  gordon.copland@steptoe-johnson.com
                William J. O'Brien (WV Bar #10549)
                  william.obrien@steptoe-johnson.com
                400 White Oaks Boulevard
                Bridgeport, WV 26330
                Telephone: (304) 933-8000
                Facsimile: (304) 933-8183