**AO 435** (Rev. 04/11)

Administrative Office of the United States Courts

# TRANSCRIPT ORDER

*Please Read Instructions:*

**FOR COURT USE ONLY**
**DUE DATE:**

| # | Field | Value |
|---|---|---|
| 1 | NAME | Attorney William J. O'Brien |
| 2 | PHONE NUMBER | (304) 933-8181 |
| 3 | DATE | 10/2/2014 |
| 4 | MAILING ADDRESS | Steptoe & Johnson, 400 White Oaks Boulevard |
| 5 | CITY | Bridgeport |
| 6 | STATE | WV |
| 7 | ZIP CODE | 26330 |
| 8 | CASE NUMBER | 1:14CV99 |
| 9 | JUDGE | Irene M. Keeley |
| 10 | FROM | 10/2/2014 |
| 11 | TO | 10/2/2014 |
| 12 | CASE NAME | Gilead Sciences, et al v Mylan, Inc, et al |
| 13 | CITY | Clarksburg |
| 14 | STATE | WV |

**15. ORDER FOR**
- [ ] APPEAL
- [x] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) Scheduling Conf Hearing | October 2, 2014 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [x] | [ ] | NO. OF COPIES | 34.00 | 124.10 |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

**CERTIFICATION (18. & 19.)** By signing below, I certify that I will pay all charges (deposit plus additional).

**ESTIMATE TOTAL** 124.10

**18. SIGNATURE** /s/ William J. O'Brien

**PROCESSED BY**

**19. DATE** 10/2/2014

**PHONE NUMBER** (304) 282-0395

**TRANSCRIPT TO BE PREPARED BY**
Linda Bachman
P.O. Box 969, Clarksburg, WV 26302

**COURT ADDRESS**

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | 10/2/2014 | LB | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | 10/2/2014 | | TOTAL CHARGES | 124.10 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | 10/29/2014 | | TOTAL DUE | 124.10 |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY