| AO 435 (Rev. 04/11) | Administrative Office of the United States Courts | FOR COURT USE ONLY |
|---|---|---|
| Please Read Instructions: | **TRANSCRIPT ORDER** | DUE DATE: |

| 1. NAME | 2. PHONE NUMBER | 3. DATE |
|---|---|---|
| Attorney Chad L. Taylor | (304) 933-8181 | 10/20/2014 |

| 4. MAILING ADDRESS | 5. CITY | 6. STATE | 7. ZIP CODE |
|---|---|---|---|
| Simmrman Law Office; 254 E. Main Street | Clarksburg | WV | 26301 |

| 8. CASE NUMBER | 9. JUDGE | DATES OF PROCEEDINGS | |
|---|---|---|---|
| 1:14CV99 | Irene M. Keeley | 10. FROM 10/2/2014 | 11. TO 10/2/2014 |

| 12. CASE NAME | LOCATION OF PROCEEDINGS | |
|---|---|---|
| Gilead Sciences, et al v Mylan, Inc, et al | 13. CITY Clarksburg | 14. STATE WV |

**15. ORDER FOR**
- [ ] APPEAL
- [x] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) | |
| [ ] SENTENCING | | Scheduling Conf Hearing | October 2, 2014 |
| [ ] BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [x] | NO. OF COPIES | 34.00 | 30.60 |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

| CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional). | ESTIMATE TOTAL | 30.60 |
|---|---|---|

| 18. SIGNATURE | PROCESSED BY |
|---|---|
| /s/ Chad L. Taylor | |

| 19. DATE | PHONE NUMBER |
|---|---|
| 10/20/2014 | (304) 282-0395 |

| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |
|---|---|
| Linda Bachman P.O. Box 969, Clarksburg, WV 26302 | |

| | DATE | BY | | | |
|---|---|---|---|---|---|
| ORDER RECEIVED | 10/20/2014 | LB | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | | |
| TRANSCRIPT ORDERED | 10/20/2014 | | TOTAL CHARGES | | 30.60 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | | |
| PARTY RECEIVED TRANSCRIPT | 10/29/2014 | | TOTAL DUE | | 30.60 |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY