**FILED**

NOV 1 9 2014

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
#### AT CLARKSBURG

|  |  |
|---|---|
| GILEAD SCIENCES, INC. and EMORY UNIVERSITY, | ) ) ) |
| Plaintiffs, | ) ) Case No. 1:14-cv-099-IMK |
| v. | ) ) ) |
| MYLAN INC. and MYLAN PHARMACEUTICALS INC. | ) ) ) |
| Defendants. | ) ) ) |

## ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of William O. Adams_____, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: November 19, 2014

IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE

6654497