IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| GILEAD SCIENCES, INC. and EMORY UNIVERSITY,<br><br>                    Plaintiffs,<br>v.<br><br>MYLAN INC. and MYLAN PHARMACEUTICALS INC.,<br><br>                    Defendants. | Civil Action No. 1:14-cv-99 (IMK) |

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2014, the foregoing Plaintiffs' First Set of Interrogatories to Defendants (Nos. 1-7) was served upon the attorneys of record for Defendants Mylan Inc. and Mylan Pharmaceuticals, Inc. via email.

  /s/Chad L. Taylor
Frank E. Simmerman, Jr.  (WVSB# 3403)
Chad L. Taylor (WVSB# 10564)
SIMMERMAN LAW OFFICE, PLLC
254 E. Main St.
Clarksburg, WV 26301-2170