IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| GILEAD SCIENCES, INC. and<br>EMORY UNIVERSITY,<br><br>       Plaintiffs,<br>  v.<br><br>MYLAN INC. and MYLAN<br>PHARMACEUTICALS INC.,<br><br>       Defendants. | Civil Action No. 1:14-cv-99 (IMK) |

## CERTIFICATE OF SERVICE

  I hereby certify that on November 19, 2014, the foregoing Plaintiffs' First Set of Requests for the Production of Documents and Things to Defendants (Nos. 1-101) was served upon the attorneys of record for Defendants Mylan Inc. and Mylan Pharmaceuticals, Inc. via email.

                */s/Chad L. Taylor*_____
                Chad L. Taylor (WVSB# 10564)
                SIMMERMAN LAW OFFICE, PLLC
                254 E. Main St.
                Clarksburg, WV 26301-2170