```
        IN THE UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**GILEAD SCIENCES, INC. and**
**EMORY UNIVERSITY,**

      **Plaintiffs,**

**v.**                        //    CIVIL ACTION NO. 1:14CV99
                                                   (Judge Keeley)

**MYLAN INC. and MYLAN**
**PHARMACEUTICALS INC.,**

      **Defendants.**

## ORDER AMENDING THE SCHEDULING ORDER

During a status conference on December 5, 2014 (Dkt. No. 53), the Court **GRANTED** the parties' joint motion to amend the Scheduling Order as follows:

1) List of Claim Terms to Be Disputed and Proposed Claim Construction of Terms, currently due on January 8, 2015, are now due on **January 22, 2015**; and,

2) Notify the Court Whether Claim Construction is Necessary, formerly due on January 22, 2015, is now due on **February 5, 2015.**

The remainder of the dates in the Court's Scheduling Order (Dkt. No. 53) remain in effect.

The Court directs the Clerk to transmit copies of this Order to counsel of record.

DATED: December 5, 2014

                                           /s/ Irene M. Keeley
                                           IRENE M. KEELEY
                                           UNITED STATES DISTRICT JUDGE