UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG

_____
GILEAD SCIENCES, INC. and           )
EMORY UNIVERSITY,                   )
                                    )
    Plaintiffs,                    )  Case No. 1:14-CV-99 (Keeley)
                                    )
v.                                  )
                                    )
MYLAN INC. and                      )
MYLAN PHARMACEUTICALS INC.,         )
                                    )
    Defendants.                    )
_____)

## STIPULATION REGARDING MYLAN INC.

Pursuant to prior discussions between the parties, Defendant Mylan Inc. has given notice that it will waive, for purposes of this action only, the objection made in its answer (Doc. No. 24) to the existence of personal jurisdiction over it. In order to simplify proceedings and avoid the need for any additional pleadings, the parties hereby stipulate and agree, subject to the approval of the Court, that the pleadings will be deemed amended to withdraw any objection to personal jurisdiction or denial by Mylan Inc. that personal jurisdiction exists over it with regard to this civil action, without the filing of any amended pleadings.

STIPULATED and AGREED to this 15th day of December, 2014.

| | |
|---|---|
| */s/ Chad. L. Taylor* | */s/ William J. O'Brien* |
| Frank E. Simmerman, Jr. (WVSB #3403) | Gordon H. Copland (WVSB #828) |
|   fes@simmermanlaw.com |   gordon.copland@steptoe-johnson.com |
| Chad L. Taylor (WVSB #10564) | William J. O'Brien (WVSB #10549) |
|   clt@simmermanlaw.com |   william.obrien@steptoe-johnson.com |
| **SIMMERMAN LAW OFFICE, PLLC** | **STEPTOE & JOHNSON PLLC** |
| 254 East Main Street | 400 White Oaks Boulevard |
| Clarksburg, WV 26301 | Bridgeport, WV 26330 |
| Telephone: (304) 623-4900 | Telephone: (304) 933-8000 |
| Fax: (304) 623-4906 | Fax: (304) 933-8183 |

Upon reviewing the stipulation is APPROVED and it is so ORDERED.

DATED: _____

_____
IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 15th day of December, 2014, I filed the foregoing "Stipulation Regarding Mylan Inc." with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to the following counsel of record:

| | |
|---|---|
| Frank E. Simmerman, Jr., Esquire<br>Chad L. Taylor, Jr., Esquire<br>Frank E. Simmerman, III<br>SIMMERMAN LAW OFFICE, PLLC<br>254 East Main Street<br>Clarksburg, WV 26301<br>fes@simmermanlaw.com<br>clt@simmermanlaw.com<br>trey@simmermanlaw.com | David Bassett, Esquire (*pro hac vice*)<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>david.bassett@wilmerhale.com |
| Colleen Tracy James, Esquire (*pro hac vice*)<br>MAYER BROWN LLP<br>1675 Broadway<br>New York, NY 10019<br>ctracyjames@mayerbrown.com | Kate Saxton (*pro hac vice*)<br>Vinita Ferrera, Esquire (*pro hac vice*)<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>kate.saxton@wilmerhale.com<br>vinita.ferrera@wilmerhale.com |
| | Christopher Borello, Esquire (*pro hac vice*)<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>David.bassett@wilmerhale.com |

      *Attorneys for Plaintiffs Gilead Sciences, Inc. and Emory University*

      **/s/ William J. O'Brien**
Gordon H. Copland (WV Bar #828)
  gordon.copland@steptoe-johnson.com
William J. O'Brien (WV Bar #10549)
  william.obrien@steptoe-johnson.com
400 White Oaks Boulevard
Bridgeport, WV 26330
Telephone: (304) 933-8000
Facsimile: (304) 933-8183
*Attorneys for Mylan Pharmaceuticals Inc.*
*and Mylan Inc.*

6763496

3