UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG

_____
GILEAD SCIENCES, INC. and            )
EMORY UNIVERSITY,                    )
                                     )
         Plaintiffs,                 )     Case No. 1:14-CV-99 (Keeley)
                                     )
v.                                   )
                                     )
MYLAN INC. and                       )
MYLAN PHARMACEUTICALS INC.,          )
                                     )
         Defendants.                 )
_____)

## CERTIFICATE OF SERVICE

I hereby certify that on 12th day of December, 2014, I served "Defendants' First Set of Interrogatories (Nos. 1-10)" on counsel of record via electronic mail as set forth below:

| | |
|---|---|
| Frank E. Simmerman, Jr., Esquire | David Bassett, Esquire (*pro hac vice*) |
| Chad L. Taylor, Jr., Esquire | WILMER CUTLER PICKERING HALE AND DORR LLP |
| Frank E. Simmerman, III | 7 World Trade Center |
| SIMMERMAN LAW OFFICE, PLLC | 250 Greenwich Street |
| 254 East Main Street | New York, NY 10007 |
| Clarksburg, WV 26301 | david.bassett@wilmerhale.com |
| fes@simmermanlaw.com | |
| clt@simmermanlaw.com | |
| trey@simmermanlaw.com | |
| | |
| Colleen Tracy James, Esquire (*pro hac vice*) | Kate Saxton (*pro hac vice*) |
| MAYER BROWN LLP | Vinita Ferrera, Esquire (*pro hac vice*) |
| 1675 Broadway | WILMER CUTLER PICKERING HALE AND DORR LLP |
| New York, NY 10019 | 60 State Street |
| ctracyjames@mayerbrown.com | Boston, MA 02109 |
| | kate.saxton@wilmerhale.com |
| | vinita.ferrera@wilmerhale.com |

        Christopher Borello, Esquire (*pro hac vice*)
        WILMER CUTLER PICKERING HALE AND DORR LLP
        7 World Trade Center
        250 Greenwich Street
        New York, NY 10007
        David.bassett@wilmerhale.com

*Attorneys for Plaintiffs Gilead Sciences, Inc. and Emory University*


**/s/ William J. O'Brien**
Gordon H. Copland (WV Bar #828)
  gordon.copland@steptoe-johnson.com
William J. O'Brien (WV Bar #10549)
  william.obrien@steptoe-johnson.com
400 White Oaks Boulevard
Bridgeport, WV 26330
Telephone: (304) 933-8000
Facsimile: (304) 933-8183

*Attorneys for Mylan Inc. and*
*Mylan Pharmaceuticals Inc.*