UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG

_____
GILEAD SCIENCES, INC. and              )
EMORY UNIVERSITY,                      )
                                       )
            Plaintiffs,                )     Case No. 1:14-CV-99 (Keeley)
                                       )
v.                                     )
                                       )
MYLAN INC. and                         )
MYLAN PHARMACEUTICALS INC.,            )
                                       )
            Defendants.                )
_____)

## CERTIFICATE OF SERVICE

    I hereby certify that on 12th day of December, 2014, I served "Defendants' First Set of Requests for the Production of Documents and Things (Nos. 1-97)" on counsel of record via electronic mail as set forth below:

| | |
|---|---|
| Frank E. Simmerman, Jr., Esquire<br>Chad L. Taylor, Jr., Esquire<br>Frank E. Simmerman, III<br>SIMMERMAN LAW OFFICE, PLLC<br>254 East Main Street<br>Clarksburg, WV 26301<br>fes@simmermanlaw.com<br>clt@simmermanlaw.com<br>trey@simmermanlaw.com | David Bassett, Esquire (*pro hac vice*)<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>david.bassett@wilmerhale.com |
| Colleen Tracy James, Esquire (*pro hac vice*)<br>MAYER BROWN LLP<br>1675 Broadway<br>New York, NY 10019<br>ctracyjames@mayerbrown.com | Kate Saxton (*pro hac vice*)<br>Vinita Ferrera, Esquire (*pro hac vice*)<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>kate.saxton@wilmerhale.com<br>vinita.ferrera@wilmerhale.com |

        Christopher Borello, Esquire (*pro hac vice*)
        WILMER CUTLER PICKERING HALE AND DORR LLP
        7 World Trade Center
        250 Greenwich Street
        New York, NY 10007
        David.bassett@wilmerhale.com

*Attorneys for Plaintiffs Gilead Sciences, Inc. and Emory University*


        ***/s/ William J. O'Brien***
        Gordon H. Copland (WV Bar #828)
         gordon.copland@steptoe-johnson.com
        William J. O'Brien (WV Bar #10549)
         william.obrien@steptoe-johnson.com
        400 White Oaks Boulevard
        Bridgeport, WV 26330
        Telephone: (304) 933-8000
        Facsimile: (304) 933-8183

*Attorneys for Mylan Inc. and*
*Mylan Pharmaceuticals Inc.*