**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG**

|  |  |
|---|---|
| GILEAD SCIENCES, INC. and<br>EMORY UNIVERSITY,<br><br>             Plaintiffs,<br><br>     v.<br><br>MYLAN INC. and<br>MYLAN PHARMACEUTICALS INC.,<br><br>             Defendants. | )<br>)<br>)<br>)<br>) Case No. 1:14-cv-099-IMK<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 22, 2014, I served the foregoing **MYLAN INC.'S AND MYLAN PHARMACEUTICALS INC.'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION (NOS. 1-101)** upon counsel of record via electronic mail as set forth below:

Frank E. Simmerman, Jr., Esquire
Chad L. Taylor, Jr., Esquire
Frank E. Simmerman, III
SIMMERMAN LAW OFFICE, PLLC
254 East Main Street
Clarksburg, WV 26301
fes@simmermanlaw.com
clt@simmermanlaw.com
trey@simmermanlaw.com

David Bassett, Esquire (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND
    DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
david.bassett@wilmerhale.com

Colleen Tracy James, Esquire (*pro hac vice*)
MAYER BROWN LLP
1675 Broadway
New York, NY 10019
ctracyjames@mayerbrown.com

Kate Saxton (*pro hac vice*)
Vinita Ferrera, Esquire (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND
    DORR LLP
60 State Street
Boston, MA 02109
kate.saxton@wilmerhale.com
vinita.ferrera@wilmerhale.com

80

        Christopher Borello, Esquire (*pro hac vice*)
        FITZPATRICK, CELLA, HARPER & SCINTO
        1290 Avenue of the Americas
        New York, NY  10104-3800
        cborello@fchs.com

*Attorneys for Plaintiffs Gilead Sciences, Inc. and Emory University*


        ***/s/ William J. O'Brien***
        Gordon H. Copland (WV Bar #828)
          gordon.copland@steptoe-johnson.com
        William J. O'Brien (WV Bar #10549)
          william.obrien@steptoe-johnson.com
        400 White Oaks Boulevard
        Bridgeport, WV 26330
        Telephone: (304) 933-8000
        Facsimile: (304) 933-8183

        *Attorneys for Mylan Inc. and*
        *Mylan Pharmaceuticals Inc.*