IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| GILEAD SCIENCES, INC. and EMORY UNIVERSITY,<br><br>              Plaintiffs,<br><br>   v.<br><br>MYLAN INC. and MYLAN PHARMACEUTICALS, INC.,<br><br>              Defendants. | Civil Action No.:  1:14-CV-99 (IMK) |

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2015, the foregoing Plaintiffs' Second Set of Requests for the Production of Documents and Things to Defendants (No. 102) was served upon the attorneys of record for Defendants Mylan Inc. and Mylan Pharmaceutical, Inc. via email.

                                                   /s/ Chad L. Taylor
                                                   Chad L. Taylor (WVSB# 10564)
                                                   SIMMERMAN LAW OFFICE, PLLC
                                                   254 E. Main St.
                                                   Clarksburg, WV 26301-2170