IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG

GILEAD SCIENCES, INC. and )
EMORY UNIVERSITY, )
)
Plaintiffs, )
) Case No. 1:14-cv-099-IMK
v. )
)
MYLAN INC. and )
MYLAN PHARMACEUTICALS INC., )
)
Defendants. )

**ORDER**

For reasons appearing to the Court and for good cause shown, the Court **GRANTS** Defendants' Motion for Leave to Withdraw as Counsel and **ORDERS** that Cedric C.Y. Tan, Meghan M. Rachford, Jessica M. Hauth, George J. Barry, III, Timothy H. Kratz and the law firm of McGuireWoods LLP are hereby withdrawn as counsel for Mylan Inc. and Mylan Pharmaceuticals Inc. in this matter.

The Court **DIRECTS** the Clerk to terminate Cedric C.Y. Tan, Meghan M. Rachford, Jessica M. Hauth, George J. Barry, III, Timothy H. Kratz, and the law firm of McGuireWoods LLP from CM/ECF list of counsel in this case.

It is so **ORDERED**.

ENTERED:   January 15, 2015
_____

_____
IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE

6784780