IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG

| | |
|---|---|
| GILEAD SCIENCES, INC. and EMORY UNIVERSITY,<br><br>                    Plaintiffs,<br>         v.<br><br>MYLAN INC. and MYLAN PHARMACEUTICALS INC.,<br><br>                    Defendants. | Civil Action No. 1:14-cv-99 (IMK) |

**CONSENT MOTION TO AMEND COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 15 and Local Rules of Civil Procedure 7.02 and 15.01, Plaintiffs Gilead Sciences, Inc. and Emory University (collectively, "Gilead") respectfully request leave to file a Second Amended Complaint, which is attached hereto as Exhibit 1. Gilead seeks to amend its complaint a second time to include claims related to U.S. Patent No. 8,716,264 (the "'264 Patent"), which is related to the patents-in-suit and ANDA No. 20-6436. After Gilead filed its First Amended Complaint, Defendants Mylan Inc. and Mylan Pharmaceuticals Inc. (collectively, "Mylan") provided notice pursuant to 21 U.S.C. § 355(j)(2)(B)(ii) alleging that certain claims of the '264 Patent are invalid and that the proposed Mylan product covered by ANDA No. 20-6436 would not infringe the '264 Patent.

Pursuant to prior discussions between the parties, Mylan has consented to this motion. A proposed Order granting Plaintiffs leave to file the Second Amended Complaint is attached hereto as Exhibit 2.

Dated: January 21, 2015                                    Respectfully submitted,

                                                           */s/ Chad L. Taylor*
                                                           Colleen Tracy (CT 8377)
                                                           MAYER BROWN LLP
                                                           1675 Broadway

2

New York, NY 10019

David B. Bassett (DB 8727)
WILMER CUTLER PICKERING HALE
AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007

Christopher Borello (CB 6164)
FITZPATRICK, CELLA, HARPER
  & SCINTO
1290 Avenue of the Americas
New York, NY 10104

Frank E. Simmerman, Jr. (WVSB# 3403)
Chad L. Taylor (WVSB# 10564)
SIMMERMAN LAW OFFICE, PLLC
254 E. Main St.
Clarksburg, WV 26301-2170
fes@simmermanlaw.com
clt@simmermanlaw.com
Phone:  (304) 623-4900
Fax:  (304) 623-4906

*Attorneys for Plaintiffs Gilead Sciences, Inc.
and Emory University*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| GILEAD SCIENCES, INC. and<br>EMORY UNIVERSITY,<br><br>        Plaintiffs,<br>    v.<br><br>MYLAN INC. and MYLAN<br>PHARMACEUTICALS INC.,<br><br>        Defendants. | Civil Action No. 1:14-cv-99 (IMK) |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 21, 2015, the foregoing CONSENT MOTION TO AMEND COMPLAINT was served upon the attorneys of record for Defendants Mylan Inc. and Mylan Pharmaceuticals Inc. using the CM/ECF system, which will send notification of the filing to the counsel of record for Mylan Inc. and Mylan Pharmaceuticals Inc.

        /s/Chad L. Taylor_____
        Frank E. Simmerman, Jr. (WVSB# 3403)
        Chad L. Taylor (WVSB# 10564)
        SIMMERMAN LAW OFFICE, PLLC
        254 E. Main St.
        Clarksburg, WV 26301-2170
        Phone: (304) 623-4900
        Fax: (304) 623-4906
        clt@simmermanlaw.com