IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG

GILEAD SCIENCES, INC. and
EMORY UNIVERSITY,

               Plaintiffs,

v.                                    Civil Action No. 1:14-cv-99 (IMK)

MYLAN INC. and MYLAN
PHARMACEUTICALS INC.,

               Defendants.

## ORDER

For reasons appearing to the Court and for good cause shown, the Court **GRANTS** Plaintiffs leave to file the Second Amended Complaint attached to their Consent Motion to Amend Complaint, and **DIRECTS** Plaintiffs' counsel to promptly file such Second Amended Complaint upon entry of this Order.

It is so **ORDERED**.

ENTERED: _____

_____
HON. IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE