```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**GILEAD SCIENCES, INC. and**
**EMORY UNIVERSITY,**

       **Plaintiffs,**

**v.**     //   CIVIL ACTION NO. 1:14CV99
                     (Judge Keeley)

**MYLAN INC. and MYLAN**
**PHARMACEUTICALS INC.,**

       **Defendants.**

## ORDER GRANTING PLAINTIFFS' MOTION TO AMEND THE COMPLAINT (DKT. NO. 92)

On January 21, 2015, the plaintiffs, Gilead Sciences Inc. and Emory University, filed a motion seeking to amend their first amended complaint (Dkt. No. 92). For good cause shown, the Court **GRANTS** the motion and **DIRECTS** the Clerk to file the second amended complaint (Dkt. No. 92-1).

It is so **ORDERED**.

The Court directs the Clerk to transmit copies of this Order to counsel of record.

DATED: January 22, 2015.

                                     /s/ Irene M. Keeley
                                     IRENE M. KEELEY
                                     UNITED STATES DISTRICT JUDGE