IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG

| | |
|---|---|
| GILEAD SCIENCES, INC. and EMORY UNIVERSITY,<br><br>                          Plaintiffs,<br>      v.<br><br>MYLAN INC. and MYLAN PHARMACEUTICALS INC.,<br><br>                          Defendants. | Civil Action No. 1:14-cv-99 (IMK) |

## JOINT NOTICE REGARDING CLAIM CONSTRUCTION

Pursuant to the Court's Order Amending the Scheduling Order (Docket No. 77), Plaintiffs Gilead Sciences, Inc. and Emory University and Defendants Mylan Inc. and Mylan Pharmaceuticals Inc. (collectively, "the Parties"), after meeting and conferring, hereby respectfully notify the Court that no construction will be necessary as to any terms for any claims currently asserted from U.S. Patent Nos. 6,642,245 (the "'245 patent") and 6,702,396 (the "'396 patent").[1]  The parties further respectfully notify the Court that claim construction will be necessary for certain terms in claims currently being asserted by Plaintiffs from U.S. Patent Nos. 8,592,397 (the "'397 patent") and 8,716,264 (the "'264 patent").

The parties are continuing to meet and confer in an effort to narrow the disputes concerning the Parties' proposed constructions regarding the claim terms for the '397 and '264 patents.

---

[1] Currently, Plaintiffs have asserted claim 6 of the '245 patent and claims 1, 3-5, 13, 15, and 16 of the '396 patent. Based on the assertion of those claims, the Parties have agreed that there are no claim terms requiring construction. In the event Plaintiffs later assert additional claims from the '245 patent or the '396 patent, each Party reserves the right to identify additional claim terms for construction.

Dated: February 5, 2015

/s/ *William J. O'Brien*
Thomas Krzeminski (*pro hac vice*)
  thomas.krzeminski@knobbe.com
William O. Adams (*pro hac vice*)
  william.adams@knobbe.com
Karen Cassidy (*pro hac vice*)
  karen.cassidy@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, 14th Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

William R. Zimmerman (*pro hac vice*)
  bill.zimmerman@knobbe.com
Jay R. Deshmukh (*pro hac vice*)
  jay.deshmukh@knobbe.com
Christopher C. Kennedy (*pro hac vice*)
  chris.kennedy@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
1717 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006
Telephone: (202) 640-6400
Facsimile: (202) 640-6401

*Local Counsel*:

Gordon H. Copland (WV Bar #828)
  gordon.copland@steptoe-johnson.com
William J. O'Brien (WV Bar #10549)
  william.obrien@steptoe-johnson.com
**STEPTOE &JOHNSON PLLC**
400 White Oaks Boulevard
Bridgeport, WV 26330
Telephone: (304) 933-8000
Facsimile: (304) 933-8183

*Attorneys for Mylan Inc. and Mylan Pharmaceuticals Inc.*

Respectfully submitted,

/s/ *Chad L. Taylor*
Colleen Tracy (CT 8377)
MAYER BROWN LLP
1675 Broadway
New York, NY 10019

David B. Bassett (DB 8727)
WILMER CUTLER PICKERING HALE
AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007

Christopher Borello (CB 6164)
FITZPATRICK, CELLA, HARPER
  & SCINTO
1290 Avenue of the Americas
New York, NY 10104

Frank E. Simmerman, Jr. (WVSB# 3403)
Chad L. Taylor (WVSB# 10564)
SIMMERMAN LAW OFFICE, PLLC
254 E. Main St.
Clarksburg, WV 26301-2170

*Attorneys for Plaintiffs Gilead Sciences, Inc. and Emory University*

2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG

| | |
|---|---|
| GILEAD SCIENCES, INC. and<br>EMORY UNIVERSITY,<br><br>                Plaintiffs,<br>     v.<br><br>MYLAN INC. and MYLAN<br>PHARMACEUTICALS INC.,<br><br>                Defendants. | Civil Action No. 1:14-cv-99 (IMK) |

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of February, 2015, I filed the foregoing "Joint Notice Regarding Claim Construction" with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to the counsel of record for Mylan Inc. and Mylan Pharmaceuticals Inc.

                                            /s/ Chad L. Taylor
                                            Chad L. Taylor (WVSB# 10564)
                                            SIMMERMAN LAW OFFICE, PLLC
                                            254 E. Main St.
                                            Clarksburg, WV 26301-2170
                                            clt@simmermanlaw.com