**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG**

| | |
|---|---|
| GILEAD SCIENCES, INC. and EMORY UNIVERSITY, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 1:14-cv-099-IMK |
| MYLAN INC. and MYLAN PHARMACEUTICALS INC., | ) ) ) |
| Defendants. | ) ) ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2015, the foregoing **DEFENDANTS MYLAN INC. AND MYLAN PHARMACEUTICALS INC.'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' SECOND SET OF REQUESTS FOR PRODUCTION (NO. 102)** was served upon the attorneys of record for Plaintiffs Gilead Sciences, Inc. and Emory University via electronic mail.

Frank E. Simmerman, Jr.
Chad L. Taylor
Frank E. Simmerman, III
**SIMMERMAN LAW OFFICE, PLLC**
254 East Main Street
Clarksburg, WV  26301-2170
fes@simmermanlaw.com
clt@simmermanlaw.com
trey@simmermanlaw.com
*Attorneys for Plaintiffs Gilead Sciences, Inc. and Emory University*

David B. Bassett (*pro hac vice*)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
7 World Trade Center
250 Greenwich Street
New York, NY  10007
david.bassett@wilmerhale.com
*Attorneys for Plaintiffs Gilead Sciences, Inc. and Emory University*

-2-

| | |
|---|---|
| Colleen Tracy James (*pro hac vice*)<br>**MAYER BROWN LLP**<br>1675 Broadway<br>New York, NY  10019<br>ctracyjames@mayerbrown.com<br>*Attorneys for Plaintiffs Gilead Sciences, Inc.*<br>*and Emory University* | Kate Saxton (*pro hac vice*)<br>Vinita Ferrera (*pro hac vice*)<br>**WILMER CUTLER PICKERING HALE**<br> **AND DORR LLP**<br>60 State Street<br>Boston, MA  02109<br>kate.saxton@wilmerhale.com<br>vinita.ferrera@wilmerhale.com<br>*Attorneys for Plaintiffs Gilead Sciences, Inc.*<br>*and Emory University* |
| Christopher Borello (*pro hac vice*)<br>**FITZPATRICK, CELLA, HARPER & SCINTO**<br>1290 Avenue of the Americas<br>New York, NY  10104<br>cborello@fchs.com<br>*Attorneys for Plaintiffs Gilead Sciences, Inc.*<br>*and Emory University* | |
| | /s/ William J. O'Brien<br>Gordon H. Copland (WV Bar #828)<br> gordon.copland@steptoe-johnson.com<br>William J. O'Brien (WV Bar #10549)<br> william.obrien@steptoe-johnson.com<br>**STEPTOE & JOHNSON PLLC**<br>400 White Oaks Boulevard<br>Bridgeport, WV 26330<br>Telephone: (304) 933-8000<br>Facsimile: (304) 933-8183<br>*Attorneys for Defendants*<br>*Mylan Inc. and Mylan Pharmaceuticals Inc.* |

19704335