IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG

| | |
|---|---|
| GILEAD SCIENCES, INC. and EMORY UNIVERSITY, | : : : Case No. 1:14-cv-099-IMK |
| Plaintiffs, | : : |
| v. | : : |
| MYLAN INC. and MYLAN PHARMACEUTICALS INC., | : : : |
| Defendants. | : : |

**NOTICE OF CHANGE OF ADDRESS OF**
***PRO HAC VICE* COUNSEL COLLEEN TRACY JAMES**

      Please take notice that effective February 23, 2015, the office location of Colleen Tracy James of Mayer Brown LLP, admitted *pro hac vice* in this matter on behalf of Plaintiffs, will be relocated to:

            1221 Avenue of the Americas
            New York, New York  10020-1001

      Please update your records accordingly and serve all future pleadings, notices and other papers upon Ms. James at her new address.

                                    /s/ Chad L. Taylor
                                    Frank E. Simmerman, Jr. (WVSB# 3403)
                                    Chad L. Taylor (WVSB# 10564)
                                    SIMMERMAN LAW OFFICE, PLLC
                                    254 E. Main St.
                                    Clarksburg, WV 26301-2170
                                    Tel:  304-623-4900
                                    Fax:  304-623-4906
                                    fes@simmermanlaw.com
                                    clt@simmermanlaw.com


                                    **OF COUNSEL:**
                                    David Bassett (*pro hac vice*)
                                    WILMER CUTLER PICKERING

714942259

   HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: 212-230-8800
Fax: 212-230-8888

Colleen Tracy James (*pro hac vice*)
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020-1001
Tel: 212-506-2122
Fax: 212-849-5536

Christopher Borello (*pro hac vice*)
FITZPATRICK, CELLA, HARPER
 & SCINTO
1290 Avenue of the Americas
New York, NY 10104
Tel: 212-218-2100
Fax: 212-218-2200
*Attorneys for Plaintiffs*
*Gilead Sciences, Inc. and Emory University*

Dated: February 19, 2015

714942259

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| GILEAD SCIENCES, INC. and<br>EMORY UNIVERSITY,<br><br>       Plaintiffs,<br>  v.<br><br>MYLAN INC. and MYLAN<br>PHARMACEUTICALS INC.,<br><br>       Defendants. | Civil Action No. 1:14-cv-99 (IMK) |

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2015, the foregoing **NOTICE OF CHANGE OF ADDRESS OF *PRO HAC VICE* COUNSEL COLLEEN TRACY JAMES** was served upon the attorneys of record for Defendants Mylan Inc. and Mylan Pharmaceuticals Inc. using the CM/ECF system, which will send notification of the filing to the counsel of record for Mylan Inc. and Mylan Pharmaceuticals Inc.

                 */s/Chad L. Taylor*_____
                 Frank E. Simmerman, Jr. (WVSB# 3403)
                 Chad L. Taylor (WVSB# 10564)
                 SIMMERMAN LAW OFFICE, PLLC
                 254 E. Main St.
                 Clarksburg, WV 26301-2170
                 Phone: (304) 623-4900
                 Fax: (304) 623-4906
                 clt@simmermanlaw.com

714942259