IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

GILEAD SCIENCES, INC. and
EMORY UNIVERSITY,

                      Plaintiffs,

       v.

MYLAN INC. and MYLAN
PHARMACEUTICALS INC.,

                      Defendants.

Civil Action No. 1:14-cv-99 (IMK)

## JOINT STIPULATION REGARDING CLAIM CONSTRUCTION

Plaintiff Gilead Sciences, Inc.[1] and Defendants Mylan Inc. and Mylan Pharmaceuticals, Inc. hereby stipulate to the following claim constructions.

**I.    U.S. Patent No. 8,592,397**

| TERM/PHRASE | STIPULATED CONSTRUCTION |
| --- | --- |
| "fixed dose combination" | a unit dosage formulation comprising a fixed amount of each active pharmaceutical ingredient |
| "pharmaceutical dosage form" | a pharmaceutical dosage form for human administration |
| "less than [10%/5%] degradation of the tenofovir disoproxil fumarate or emtricitabine after 6 months" | less than [10%/5%] degradation of one or both of the TDF or FTC after 6 months |
| "degradation" | loss in % label strength |
| "dosage form is oral" | an oral dosage form for human administration |
| "less than 1% of impurities related to tenofovir disoproxil fumarate and | less than 1% of impurities related to each of TDF and FTC |

---

[1] Plaintiff Gilead Sciences, Inc. is the owner of the U.S. Patent Nos. 8,592,397 and 8,716,264 ("the '397 and '264 patents"). Co-plaintiff Emory does not own, and has no interest in, the '397 and '264 patents.

- 2 -

| TERM/PHRASE | STIPULATED CONSTRUCTION |
|---|---|
| emtricitabine" | |

## II.  U.S. Patent No. 8,716,264

| TERM/PHRASE | STIPULATED CONSTRUCTION |
|---|---|
| "fixed-dose combination" | a unit dosage formulation comprising a fixed amount of each active pharmaceutical ingredient |
| "less than [10%/5%] degradation of the tenofovir disoproxil fumarate and emtricitabine after six months" | less than [10%/5%] degradation of each of the TDF and FTC after 6 months |
| "degradation" | loss in % label strength |
| "40° C./70% relative humidity" | 40° C./75% relative humidity |
| "pharmaceutical dosage form" | a pharmaceutical dosage form for human administration |
| "dosage form is oral" | an oral dosage form for human administration |

STIPULATED and AGREED to this 19th day of February, 2015.


*/s/William J. O'Brien*                                  */s/Chad L. Taylor*
Thomas Krzeminski (*pro hac vice*)         Colleen Tracy (CT 8377)
  thomas.krzeminski@knobbe.com            MAYER BROWN LLP
William O. Adams (*pro hac vice*)              1675 Broadway
  william.adams@knobbe.com                   New York, NY 10019
Karen Cassidy (*pro hac vice*)
  karen.cassidy@knobbe.com                    David B. Bassett (DB 8727)
**KNOBBE, MARTENS, OLSON & BEAR, LLP**   WILMER CUTLER PICKERING HALE
2040 Main Street, 14th Floor                       AND DORR LLP
Irvine, CA 92614                                         7 World Trade Center
Telephone: (949) 760-0404                         250 Greenwich Street
Facsimile: (949) 760-9502                          New York, NY 10007

William R. Zimmerman (*pro hac vice*)       Christopher Borello (CB 6164)
  bill.zimmerman@knobbe.com                   FITZPATRICK, CELLA, HARPER
Jay R. Deshmukh (*pro hac vice*)                  & SCINTO
  jay.deshmukh@knobbe.com                      1290 Avenue of the Americas
Christopher C. Kennedy (*pro hac vice*)       New York, NY 10104
  chris.kennedy@knobbe.com

- 2 -

ActiveUS 142154354v.1

- 3 -

| | |
|---|---|
| **KNOBBE, MARTENS, OLSON & BEAR, LLP**<br>1717 Pennsylvania Avenue, NW, Suite 900<br>Washington, DC 20006<br>Telephone: (202) 640-6400<br>Facsimile: (202) 640-6401<br><br>*Local Counsel*:<br><br>Gordon H. Copland (WV Bar #828)<br>  gordon.copland@steptoe-johnson.com<br>William J. O'Brien (WV Bar #10549)<br>  william.obrien@steptoe-johnson.com<br>**STEPTOE &JOHNSON PLLC**<br>400 White Oaks Boulevard<br>Bridgeport, WV 26330<br>Telephone: (304) 933-8000<br>Facsimile: (304) 933-8183<br><br>*Attorneys for Mylan Inc. and*<br>*Mylan Pharmaceuticals Inc.* | Frank E. Simmerman, Jr. (WVSB# 3403)<br>Chad L. Taylor (WVSB# 10564)<br>SIMMERMAN LAW OFFICE, PLLC<br>254 E. Main St.<br>Clarksburg, WV 26301-2170<br><br>*Attorneys for Plaintiffs Gilead Sciences,*<br>*Inc. and Emory University* |

- 3 -

- 4 -

Upon review, the stipulation is APPROVED and it is so ORDERED.

DATED: _____

_____
IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE