# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
### AT CLARKSBURG

| | |
|---|---|
| GILEAD SCIENCES, INC. and EMORY UNIVERSITY, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MYLAN INC. and MYLAN PHARMACEUTICALS INC., )<br>)<br>Defendants. ) | Case No. 1:14-cv-099-IMK |

## MYLAN INC.'S AND MYLAN PHARMACEUTICALS INC.'S RESPONSE TO PLAINTIFFS' MOTION TO STRIKE

Mylan Inc. and Mylan Pharmaceuticals Inc. ("Mylan") hereby respond to Plaintiffs' Motion to Strike Mylan's Third Separate Defense (Dkt. No. 104) and give notice that Mylan does not oppose the motion. Mylan does not waive, and expressly reserves, its right to seek amendment of its answer at a later date, should the ongoing discovery provide good cause to seek amendment. Without limiting the scope of what the ongoing discovery may disclose, Mylan reserves its right to approach the Court for relief should there be a basis to seek amendment of its answer to assert inequitable conduct.

Respectfully submitted this 18th day of March 2015.

/s/ Gordon H. Copland
Gordon H. Copland (WV Bar #828)
William J. O'Brien (WV Bar #10549)
Steptoe & Johnson PLLC
400 White Oaks Boulevard
Bridgeport, WV 26330
(304) 933-8000
(304) 933-8183 (fax)
gordon.copland@steptoe-johnson.com
william.obrien@steptoe-johnson.com

*Of counsel*:

KNOBBE, MARTENS, OLSON & BEAR, LLP

William R. Zimmerman
Jay R. Deshmukh
Christopher C. Kennedy
1717 Pennsylvania Ave. NW, Ste. 900
Washington, DC 20006
(202) 640-6400
(202) 640-6401 (fax)
bill.zimmerman@knobbe.com
jay.deshmukh@knobbe.com
chris.kennedy@knobbe.com

Thomas Krzeminski
William O. Adams
Karen Cassidy
2040 Main St., 14th Fl.
Irvine, CA 92614
(949)760-0404
(949) 760-9502 (fax)
thomas.krzeminski@knobbe.com
william.adams@knobbe.com
karen.cassidy@knobbe.com

*Attorneys for Mylan Inc. and
Mylan Pharmaceuticals Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2015, I filed the foregoing **MYLAN INC.'S AND MYLAN PHARMACEUTICALS INC.'S RESPONSE TO PLAINTIFFS' MOTION TO STRIKE** via CM/ECF, which will send notice to the following counsel of record:

Frank E. Simmerman, Jr., Esquire
Chad L. Taylor, Jr., Esquire
Frank E. Simmerman, III
SIMMERMAN LAW OFFICE, PLLC
254 East Main Street
Clarksburg, WV 26301
fes@simmermanlaw.com
clt@simmermanlaw.com
trey@simmermanlaw.com

Colleen Tracy James, Esquire (*pro hac vice*)
MAYER BROWN LLP
1675 Broadway
New York, NY 10019
ctracyjames@mayerbrown.com

David Bassett, Esquire (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND
   DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
david.bassett@wilmerhale.com

Kate Saxton (*pro hac vice*)
Vinita Ferrera, Esquire (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND
   DORR LLP
60 State Street
Boston, MA 02109
kate.saxton@wilmerhale.com
vinita.ferrera@wilmerhale.com

Christopher Borello, Esquire (*pro hac vice*)
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, NY  10104-3800
cborello@fchs.com

*Attorneys for Plaintiffs*
*Gilead Sciences, Inc. and Emory University*


            */s/ Gordon H. Copland*

6852647

3