IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| GILEAD SCIENCES, INC. and EMORY UNIVERSITY,<br><br>                      Plaintiffs,<br>     v.<br><br>MYLAN INC. and MYLAN PHARMACEUTICALS INC.,<br><br>                      Defendants. | Civil Action No. 1:14-cv-99 (IMK) |

**MOTION REQUESTING EXPEDITED BRIEFING FOR GILEAD'S
MOTION TO DEFER CONSIDERATION OF MYLAN'S INDEFINITENESS
ARGUMENT OR, ALTERNATIVELY, FOR LEAVE TO FILE A REPLY**

Pursuant to Civil Local Rule 7.02(b)(4), Plaintiff Gilead Sciences, Inc. ("Gilead") respectfully requests that the Court set an expedited briefing schedule in connection with Gilead's Motion to Defer Consideration of Mylan's Indefiniteness Argument, or, Alternatively, for Leave to File a Reply (D.I. 119).  The claim construction hearing is set for April 14, 2015.  (D.I. 53.)  Under the briefing schedule set by Civil Local Rule 7.02(b)(1) & (b)(2), briefing on Gilead's motion might not be complete until the week of the hearing.  Since Gilead's motion seeks relief directly implicating the claim construction issues to be addressed at the claim construction hearing, Gilead respectfully requests that the Court modify the times for serving memoranda to make Mylan's response due by **Thursday, March 26, 2015.**

Dated: March 19, 2015

Respectfully submitted,

/s/Chad L. Taylor_____
David B. Bassett (DB 8727)
WILMER CUTLER PICKERING HALE
AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007

Colleen Tracy (CT 8377)
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020

Christopher Borello (CB 6164)
FITZPATRICK, CELLA, HARPER
 & SCINTO
1290 Avenue of the Americas
New York, NY 10104

Frank E. Simmerman, Jr. (WVSB #3403)
Chad L. Taylor (WVSB #10564)
SIMMERMAN LAW OFFICE, PLLC
254 E. Main St.
Clarksburg, WV 26301-2170

*Attorneys for Plaintiff Gilead Sciences, Inc.*

- 2 -

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| GILEAD SCIENCES, INC. and<br>EMORY UNIVERSITY,<br><br>                       Plaintiffs,<br>      v.<br><br>MYLAN INC. and MYLAN<br>PHARMACEUTICALS INC.,<br><br>                       Defendants. | Civil Action No. 1:14-cv-99 (IMK) |

### CERTIFICATE OF SERVICE

      I hereby certify that on March 19, 2015, the foregoing **MOTION REQUESTING EXPEDITED BRIEFING FOR GILEAD'S MOTION TO DEFER CONSIDERATION OF MYLAN'S INDEFINITENESS ARGUMENT OR, ALTERNATIVELY, FOR LEAVE TO FILE A REPLY** was served upon the attorneys of record for Defendants Mylan Inc. and Mylan Pharmaceuticals Inc. using the CM/ECF system, which will send notification of the filing to the counsel of record for Mylan Inc. and Mylan Pharmaceuticals Inc.

                                                      */s/Chad L. Taylor*_____
                                                        Frank E. Simmerman, Jr. (WVSB# 3403)
                                                        Chad L. Taylor (WVSB# 10564)
                                                        SIMMERMAN LAW OFFICE, PLLC
                                                        254 E. Main St.
                                                        Clarksburg, WV 26301-2170
                                                        Phone: (304) 623-4900
                                                        Fax: (304) 623-4906
                                                        clt@simmermanlaw.com