```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**GILEAD SCIENCES, INC. and**
**EMORY UNIVERSITY,**

       **Plaintiffs,**

**v.**  //  CIVIL ACTION NO. 1:14CV99
                                 (Judge Keeley)

**MYLAN INC. and MYLAN**
**PHARMACEUTICALS INC.,**

       **Defendants.**

## ORDER GRANTING PLAINTIFFS' MOTION TO EXPEDITE BRIEFING SCHEDULE (DKT. NO. 121)

On March 19, 2015, the plaintiffs, Gilead Sciences Inc. and Emory University, filed a motion to defer consideration of Mylan's indefiniteness argument, raised in its responsive claim construction brief, or, alternatively, for leave to file a reply (Dkt. No. 121).

Later that same day, the plaintiffs filed a motion to expedite a briefing schedule on its motion to defer in order to reach a timely resolution of the issue in advance of the claim construction hearing on April 14, 2015. For good cause shown, the Court **GRANTS** the motion and **ORDERS** Mylan to file a response to the plaintiffs' motion to defer no later than **Thursday, March 26, 2015.** The plaintiffs must file any reply brief by **Thursday, April 1, 2015.**

It is so **ORDERED**.

**GILEAD SCIENCES, ET AL. v. MYLAN, ET AL.**                       **1:14CV99**

**ORDER GRANTING PLAINTIFFS' MOTION TO EXPEDITE BRIEFING SCHEDULE (DKT. NO. 121)**

---

The Court directs the Clerk to transmit copies of this Order to counsel of record.

DATED: March 20, 2015.

/s/ Irene M. Keeley
IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE
