IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG

|  |  |
|---|---|
| GILEAD SCIENCES, INC. and EMORY UNIVERSITY,<br><br>           Plaintiffs,<br><br>      v.<br><br>MYLAN INC. and MYLAN PHARMACEUTICALS INC.,<br><br>           Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:14-cv-99-IMK<br>)<br>)<br>)<br>)<br>)<br>) |

**AMENDED CORPORATE DISCLOSURE STATEMENT OF MYLAN INC. AND MYLAN PHARMACEUTICALS INC. PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Mylan Inc. and Mylan Pharmaceuticals Inc. hereby submit the following amended corporate disclosure statement:

1. Mylan Inc. is indirectly wholly owned by Mylan N.V., a publicly held company. Abbott Laboratories, a publicly held company, owns more than 10% of Mylan N.V.'s stock through wholly-owned subsidiaries.

2. Mylan Pharmaceuticals Inc. is wholly owned by Mylan Inc., which is indirectly wholly owned by Mylan N.V., a publicly held company. Abbott Laboratories, a publicly held company, owns more than 10% of Mylan N.V.'s stock through wholly-owned subsidiaries.

6856611

Respectfully submitted this 25th day of March, 2015.

                                                 **STEPTOE & JOHNSON PLLC**

                                                 ***/s/ William J. O'Brien***

                                                 Gordon H. Copland (WV Bar #828)
                                                   gordon.copland@steptoe-johnson.com
                                                 William J. O'Brien (WV Bar #10549)
                                                   william.obrien@steptoe-johnson.com
                                                 400 White Oaks Boulevard
                                                 Bridgeport, WV 26330
                                                 Telephone: (304) 933-8000
                                                 Facsimile: (304) 933-8183

*Of Counsel*:

William R. Zimmerman
   bill.zimmerman@knobbe.com
Jay R. Deshmukh
   jay.deshmukh@knobbe.com
Christopher C. Kennedy
   chris.kennedy@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
1717 Pennsylvania Avenue, NW, Suite 900
Washington, DC  20006
Telephone:  (202) 640-6400
Facsimile:  (202) 640-6401


Thomas Krzeminski
   thomas.krzeminski@knobbe.com
William O. Adams
   william.adams@knobbe.com
Karen Cassidy
   karen.cassidy@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, 14th Floor
Irvine, CA  92614
Telephone:  (949) 760-0404
Facsimile:  (949) 760-9502

*Attorneys for Defendants*
*Mylan Inc. and Mylan Pharmaceuticals Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of March, 2015, I electronically filed the foregoing "Amended Corporate Disclosure Statement of Mylan Inc. and Mylan Pharmaceuticals Inc. Pursuant to Fed. R. Civ. P. 7.1" with the clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following counsel of record:

Frank E. Simmerman, Jr.
   fes@simmermanlaw.com
Chad L. Taylor
   clt@simmermanlaw.com
Frank E. Simmerman, III
   trey@simmermanlaw.com
**SIMMERMAN LAW OFFICE, PLLC**
254 East Main Street
Clarksburg, WV  26301-2170

Colleen Tracy James (*pro hac vice*)
   ctracyjames@mayerbrown.com
**MAYER BROWN LLP**
1221 Avenue of the Americas
New York, NY  10020

Christopher Borello (*pro hac vice*)
   cborello@fchs.com
**FITZPATRICK, CELLA, HARPER & SCINTO**
1290 Avenue of the Americas
New York, NY  10104

David B. Bassett (*pro hac vice*)
   david.bassett@wilmerhale.com
David A. Manspeizer (*pro hac vice*)
   david.manspeizer@wilmerhale.com
Jonathan E. Barbee (*pro hac vice*)
   jonathan.barbee@wilmerhale.com
**WILMER CUTLER PICKERING HALE
  AND DORR LLP**
7 World Trade Center
250 Greenwich Street
New York, NY  10007

Kate Saxton (*pro hac vice*)
   kate.saxton@wilmerhale.com
Vinita Ferrera (*pro hac vice*)
   vinita.ferrera@wilmerhale.com
Ryann M. Muir (*pro hac vice*)
   ryann.muir@wilmerhale.com
**WILMER CUTLER PICKERING HALE
  AND DORR LLP**
60 State Street
Boston, MA  02109

Christine E. Duh (*pro hac vice*)
   christine.duh@willmerhale.com
**WILMER CUTLER PICKERING HALE
  AND DORR LLP**
950 Page Mill Road
Palo Alto, CA  94304

/s/ William J. O'Brien