**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG**

---

| | |
|---|---|
| GILEAD SCIENCES, INC. and EMORY UNIVERSITY, | ) ) ) ) |
| Plaintiffs, | ) Case No. 1:14-cv-099-IMK ) |
| v. | ) ) |
| MYLAN INC. and MYLAN PHARMACEUTICALS INC., | ) ) ) |
| Defendants. | ) ) |

---

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2015, I served **DEFENDANTS MYLAN INC.'S AND MYLAN PHARMACEUTICALS INC.'S SECOND SUPPLEMENTAL RESPONSES TO PLAINTIFFS' FIRST SET OF INTERROGATORIES (NO. 4)** via electronic mail upon the following counsel of record for Plaintiffs Gilead Sciences, Inc. and Emory University:

Frank E. Simmerman, Jr.
Chad L. Taylor
Frank E. Simmerman, III
**SIMMERMAN LAW OFFICE, PLLC**
254 East Main Street
Clarksburg, WV 26301-2170
fes@simmermanlaw.com
clt@simmermanlaw.com
trey@simmermanlaw.com

David B. Bassett (*pro hac vice*)
David A. Manspeizer (*pro hac vice*)
Jonathan E. Barbee (*pro hac vice*)
**WILMER CUTLER PICKERING HALE
AND DORR LLP**
7 World Trade Center
250 Greenwich Street
New York, NY 10007
david.bassett@wilmerhale.com
david.manspeizer@wilmerhale.com
jonathan.barbee@wilmerhale.com

Colleen Tracy James (*pro hac vice*)
**MAYER BROWN LLP**
1221 Avenue of the Americas
New York, NY  10020
ctracyjames@mayerbrown.com


Christopher Borello (*pro hac vice*)
**FITZPATRICK, CELLA, HARPER & SCINTO**
1290 Avenue of the Americas
New York, NY  10104
cborello@fchs.com

Kate Saxton (*pro hac vice*)
Vinita Ferrera (*pro hac vice*)
Ryann M. Muir (*pro hac vice*)
**WILMER CUTLER PICKERING HALE
   AND DORR LLP**
60 State Street
Boston, MA  02109
kate.saxton@wilmerhale.com
vinita.ferrera@wilmerhale.com
ryann.muir@wilmerhale.com


Christine E. Duh (*pro hac vice*)
**WILMER CUTLER PICKERING HALE
   AND DORR LLP**
950 Page Mill Road
Palo Alto, CA  94304
christine.duh@wilmerhale.com


*/s/ William J. O'Brien*
Gordon H. Copland (WV Bar #828)
   gordon.copland@steptoe-johnson.com
William J. O'Brien (WV Bar #10549)
   william.obrien@steptoe-johnson.com
**STEPTOE & JOHNSON PLLC**
400 White Oaks Boulevard
Bridgeport, WV  26330
Telephone:  (304) 933-8000
Facsimile:  (304) 933-8183

*Attorneys for Defendants*
*Mylan Inc. and Mylan Pharmaceuticals Inc.*