FILED

MAR 3 1 2015

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

GILEAD SCIENCES, INC. and
EMORY UNIVERSITY,

                Plaintiffs,

v.

MYLAN INC. and MYLAN
PHARMACEUTICALS INC.,

                Defendants.

Civil Action No. 1:14-cv-99 (IMK)

## JOINT STIPULATION REGARDING CLAIM CONSTRUCTION

Plaintiff Gilead Sciences, Inc.[1] and Defendants Mylan Inc. and Mylan Pharmaceuticals, Inc. hereby stipulate to the following claim constructions.

I.    U.S. Patent No. 8,592,397

| TERM/PHRASE | STIPULATED CONSTRUCTION |
|---|---|
| "fixed dose combination" | a unit dosage formulation comprising a fixed amount of each active pharmaceutical ingredient |
| "pharmaceutical dosage form" | a pharmaceutical dosage form for human administration |
| "less than [10%/5%] degradation of the tenofovir disoproxil fumarate or emtricitabine after 6 months" | less than [10%/5%] degradation of one or both of the TDF or FTC after 6 months |
| "degradation" | loss in % label strength |
| "dosage form is oral" | an oral dosage form for human administration |
| "less than 1% of impurities related to tenofovir disoproxil fumarate and | less than 1% of impurities related to each of TDF and FTC |

---

[1] Plaintiff Gilead Sciences, Inc. is the owner of the U.S. Patent Nos. 8,592,397 and 8,716,264 ("the '397 and '264 patents"). Co-plaintiff Emory does not own, and has no interest in, the '397 and '264 patents.

ActiveUS 142154354v.1

| TERM/PHRASE | STIPULATED CONSTRUCTION |
|---|---|
| emtricitabine" | |

## II. U.S. Patent No. 8,716,264

| TERM/PHRASE | STIPULATED CONSTRUCTION |
|---|---|
| "fixed-dose combination" | a unit dosage formulation comprising a fixed amount of each active pharmaceutical ingredient |
| "less than [10%/5%] degradation of the tenofovir disoproxil fumarate and emtricitabine after six months" | less than [10%/5%] degradation of each of the TDF and FTC after 6 months |
| "degradation" | loss in % label strength |
| "40° C./70% relative humidity" | 40° C./75% relative humidity |
| "pharmaceutical dosage form" | a pharmaceutical dosage form for human administration |
| "dosage form is oral" | an oral dosage form for human administration |

STIPULATED and AGREED to this 19th day of February, 2015.

/s/William J. O'Brien
Thomas Krzeminski (*pro hac vice*)
  thomas.krzeminski@knobbe.com
William O. Adams (*pro hac vice*)
  william.adams@knobbe.com
Karen Cassidy (*pro hac vice*)
  karen.cassidy@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, 14th Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

William R. Zimmerman (*pro hac vice*)
  bill.zimmerman@knobbe.com
Jay R. Deshmukh (*pro hac vice*)
  jay.deshmukh@knobbe.com
Christopher C. Kennedy (*pro hac vice*)
  chris.kennedy@knobbe.com

/s/Chad L. Taylor
Colleen Tracy (CT 8377)
MAYER BROWN LLP
1675 Broadway
New York, NY 10019

David B. Bassett (DB 8727)
WILMER CUTLER PICKERING HALE
AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007

Christopher Borello (CB 6164)
FITZPATRICK, CELLA, HARPER
  & SCINTO
1290 Avenue of the Americas
New York, NY 10104

ActiveUS 142154354v.1

**KNOBBE, MARTENS, OLSON & BEAR, LLP**
1717 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006
Telephone: (202) 640-6400
Facsimile: (202) 640-6401

*Local Counsel*:

Gordon H. Copland (WV Bar #828)
 gordon.copland@steptoe-johnson.com
William J. O'Brien (WV Bar #10549)
 william.obrien@steptoe-johnson.com
**STEPTOE &JOHNSON PLLC**
400 White Oaks Boulevard
Bridgeport, WV 26330
Telephone: (304) 933-8000
Facsimile: (304) 933-8183

*Attorneys for Mylan Inc. and
Mylan Pharmaceuticals Inc.*

Frank E. Simmerman, Jr. (WVSB# 3403)
Chad L. Taylor (WVSB# 10564)
SIMMERMAN LAW OFFICE, PLLC
254 E. Main St.
Clarksburg, WV 26301-2170

*Attorneys for Plaintiffs Gilead Sciences,
Inc. and Emory University*

- 4 -

GILEAD SCIENCES, INC. ET AL V. MYLAN, ET AL                          1:14CV99

Upon review, the stipulation is APPROVED and it is so ORDERED.

DATED: March 31, 2015

*/s/ Irene M. Keeley*

IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE

ActiveUS 142154354v.1