# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
## AT CLARKSBURG

| | |
|---|---|
| GILEAD SCIENCES, INC. and EMORY UNIVERSITY,<br><br>Plaintiffs,<br><br>v.<br><br>MYLAN INC. and MYLAN PHARMACEUTICALS INC.,<br><br>Defendants. | Case No. 1:14-cv-99-IMK |

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2015, I served **DEFENDANTS' OBJECTIONS AND RESPONSES TO PLAINTIFFS' THIRD SET OF REQUESTS FOR PRODUCTION (NOS. 103-105)** via electronic mail upon the following counsel of record for Plaintiffs Gilead Sciences, Inc. and Emory University:

Frank E. Simmerman, Jr.
Chad L. Taylor
Frank E. Simmerman, III
**SIMMERMAN LAW OFFICE, PLLC**
254 East Main Street
Clarksburg, WV 26301-2170
fes@simmermanlaw.com
clt@simmermanlaw.com
trey@simmermanlaw.com

David B. Bassett (*pro hac vice*)
David A. Manspeizer (*pro hac vice*)
Jonathan E. Barbee (*pro hac vice*)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
7 World Trade Center
250 Greenwich Street
New York, NY 10007
david.bassett@wilmerhale.com
david.manspeizer@wilmerhale.com
jonathan.barbee@wilmerhale.com

-2-

| | |
|---|---|
| Colleen Tracy James (*pro hac vice*)<br>**MAYER BROWN LLP**<br>1221 Avenue of the Americas<br>New York, NY 10020<br>ctracyjames@mayerbrown.com | Kate Saxton (*pro hac vice*)<br>Vinita Ferrera (*pro hac vice*)<br>Ryann M. Muir (*pro hac vice*)<br>**WILMER CUTLER PICKERING HALE**<br>  **AND DORR LLP**<br>60 State Street<br>Boston, MA 02109<br>kate.saxton@wilmerhale.com<br>vinita.ferrera@wilmerhale.com<br>ryann.muir@wilmerhale.com |
| Christopher Borello (*pro hac vice*)<br>**FITZPATRICK, CELLA, HARPER & SCINTO**<br>1290 Avenue of the Americas<br>New York, NY 10104<br>cborello@fchs.com | Christine E. Duh (*pro hac vice*)<br>**WILMER CUTLER PICKERING HALE**<br>  **AND DORR LLP**<br>950 Page Mill Road<br>Palo Alto, CA 94304<br>christine.duh@wilmerhale.com |

                      */s/ William J. O'Brien*
                      Gordon H. Copland (WV Bar #828)
                       gordon.copland@steptoe-johnson.com
                      William J. O'Brien (WV Bar #10549)
                       william.obrien@steptoe-johnson.com
                      **STEPTOE & JOHNSON PLLC**
                      400 White Oaks Boulevard
                      Bridgeport, WV 26330
                      Telephone: (304) 933-8000
                      Facsimile: (304) 933-8183
                      *Attorneys for Defendants*
                      *Mylan Inc. and Mylan Pharmaceuticals Inc.*

20222295