## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
### AT CLARKSBURG

|  |  |  |
|---|---|---|
| GILEAD SCIENCES, INC. and<br>EMORY UNIVERSITY, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 1:14-cv-99-IMK |
| MYLAN INC. and<br>MYLAN PHARMACEUTICALS INC., | ) ) ) | |
| Defendants. | ) ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2015, I served **DEFENDANTS MYLAN INC. AND MYLAN PHARMACEUTICALS INC.'S SECOND SET OF INTERROGATORIES (NOS. 11-16)** upon the following counsel of record for Plaintiffs Gilead Sciences, Inc. and Emory University in the manner indicated below:

**VIA HAND DELIVERY:**

Frank E. Simmerman, Jr.
Chad L. Taylor
Frank E. Simmerman, III
**SIMMERMAN LAW OFFICE, PLLC**
254 East Main Street
Clarksburg, WV 26301-2170
fes@simmermanlaw.com
clt@simmermanlaw.com
trey@simmermanlaw.com

<u>**VIA ELECTRONIC MAIL:**</u>

Colleen Tracy James (*pro hac vice*)
**MAYER BROWN LLP**
1675 Broadway
New York, NY 10019
ctracyjames@mayerbrown.com

<u>**VIA ELECTRONIC MAIL:**</u>

Christopher Borello (*pro hac vice*)
**FITZPATRICK, CELLA, HARPER & SCINTO**
1290 Avenue of the Americas
New York, NY 10104
cborello@fchs.com

<u>**VIA ELECTRONIC MAIL:**</u>

David B. Bassett (*pro hac vice*)
**WILMER CUTLER PICKERING HALE
  AND DORR LLP**
7 World Trade Center
250 Greenwich Street
New York, NY 10007
david.bassett@wilmerhale.com

<u>**VIA ELECTRONIC MAIL:**</u>

Kate Saxton (*pro hac vice*)
Vinita Ferrera (*pro hac vice*)
**WILMER CUTLER PICKERING HALE
  AND DORR LLP**
60 State Street
Boston, MA 02109
kate.saxton@wilmerhale.com
vinita.ferrera@wilmerhale.com

*/s/ William J. O'Brien*
Gordon H. Copland (WV Bar #828)
  gordon.copland@steptoe-johnson.com
William J. O'Brien (WV Bar #10549)
  william.obrien@steptoe-johnson.com
**STEPTOE & JOHNSON PLLC**
400 White Oaks Boulevard
Bridgeport, WV 26330
Telephone: (304) 933-8000
Facsimile: (304) 933-8183
*Attorneys for Defendants*
*Mylan Inc. and Mylan Pharmaceuticals Inc.*

6885936