IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG

| | |
|---|---|
| GILEAD SCIENCES, INC. and<br>EMORY UNIVERSITY,<br><br>      Plaintiffs,<br><br>    v.<br><br>MYLAN INC. and<br>MYLAN PHARMACEUTICALS INC.,<br><br>      Defendants. | Case No. 1:14-cv-099-IMK |

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2015, I served **DEFENDANTS MYLAN INC. AND MYLAN PHARMACEUTICALS INC.'S NOTICE OF DEPOSITION OF MARK M. MENNING** upon the following counsel of record for Plaintiffs Gilead Sciences, Inc. and Emory University in the manner indicated below:

**VIA HAND DELIVERY:**

Frank E. Simmerman, Jr.
Chad L. Taylor
Frank E. Simmerman, III
**SIMMERMAN LAW OFFICE, PLLC**
254 East Main Street
Clarksburg, WV 26301-2170
fes@simmermanlaw.com
clt@simmermanlaw.com
trey@simmermanlaw.com

<u>Via Electronic Mail:</u>

Colleen Tracy James (*pro hac vice*)
**Mayer Brown LLP**
1675 Broadway
New York, NY  10019
ctracyjames@mayerbrown.com

<u>Via Electronic Mail:</u>

Christopher Borello (*pro hac vice*)
**Fitzpatrick, Cella, Harper & Scinto**
1290 Avenue of the Americas
New York, NY  10104
cborello@fchs.com

<u>Via Electronic Mail:</u>

David B. Bassett (*pro hac vice*)
David A. Manspeizer (*pro hac vice*)
Jonathan E. Barbee (*pro hac vice*)
**Wilmer Cutler Pickering Hale and Dorr LLP**
7 World Trade Center
250 Greenwich Street
New York, NY  10007
david.bassett@wilmerhale.com
david.manspeizer@wilmerhale.com
jonathan.barbee@wilmerhale.com

<u>Via Electronic Mail:</u>

Kate Saxton (*pro hac vice*)
Vinita Ferrera (*pro hac vice*)
Ryann M. Muir (*pro hac vice*)
**Wilmer Cutler Pickering Hale and Dorr LLP**
60 State Street
Boston, MA  02109
kate.saxton@wilmerhale.com
vinita.ferrera@wilmerhale.com
ryann.muir@wilmerhale.com

/s/ William J. O'Brien
Gordon H. Copland (WV Bar #828)
  gordon.copland@steptoe-johnson.com
William J. O'Brien (WV Bar #10549)
  william.obrien@steptoe-johnson.com
**Steptoe & Johnson PLLC**
400 White Oaks Boulevard
Bridgeport, WV  26330
Telephone:  (304) 933-8000
Facsimile:  (304) 933-8183
*Attorneys for Defendants*
*Mylan Inc. and Mylan Pharmaceuticals Inc.*

6885947