IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG

| | |
|---|---|
| GILEAD SCIENCES, INC. and EMORY UNIVERSITY, | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 1:14-cv-99-IMK ) |
| MYLAN INC. and MYLAN PHARMACEUTICALS INC., | ) ) ) ) |
| Defendants. | ) ) ) |

### CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2015, I served **DEFENDANTS MYLAN INC. AND MYLAN PHARMACEUTICALS INC.'S NOTICE OF DEPOSITION OF NORBERT BISCHOFBERGER** upon the following counsel of record for Plaintiffs Gilead Sciences, Inc. and Emory University in the manner indicated below:

<u>VIA HAND DELIVERY</u>:

Frank E. Simmerman, Jr.
Chad L. Taylor
Frank E. Simmerman, III
**SIMMERMAN LAW OFFICE, PLLC**
254 East Main Street
Clarksburg, WV  26301-2170
fes@simmermanlaw.com
clt@simmermanlaw.com
trey@simmermanlaw.com

<u>VIA ELECTRONIC MAIL:</u>

Colleen Tracy James (*pro hac vice*)
**MAYER BROWN LLP**
1675 Broadway
New York, NY  10019
ctracyjames@mayerbrown.com

<u>VIA ELECTRONIC MAIL:</u>

Christopher Borello (*pro hac vice*)
**FITZPATRICK, CELLA, HARPER & SCINTO**
1290 Avenue of the Americas
New York, NY  10104
cborello@fchs.com

<u>VIA ELECTRONIC MAIL:</u>

David B. Bassett (*pro hac vice*)
David A. Manspeizer (*pro hac vice*)
Jonathan E. Barbee (*pro hac vice*)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
7 World Trade Center
250 Greenwich Street
New York, NY  10007
david.bassett@wilmerhale.com
david.manspeizer@wilmerhale.com
jonathan.barbee@wilmerhale.com

<u>VIA ELECTRONIC MAIL:</u>

Kate Saxton (*pro hac vice*)
Vinita Ferrera (*pro hac vice*)
Ryann M. Muir (*pro hac vice*)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA  02109
kate.saxton@wilmerhale.com
vinita.ferrera@wilmerhale.com
ryann.muir@wilmerhale.com

/s/ *William J. O'Brien*
Gordon H. Copland (WV Bar #828)
 gordon.copland@steptoe-johnson.com
William J. O'Brien (WV Bar #10549)
 william.obrien@steptoe-johnson.com
**STEPTOE & JOHNSON PLLC**
400 White Oaks Boulevard
Bridgeport, WV  26330
Telephone:  (304) 933-8000
Facsimile:  (304) 933-8183
*Attorneys for Defendants
Mylan Inc. and Mylan Pharmaceuticals Inc.*

6885939