FILED

MAY 1 1 2015

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG

| | |
|---|---|
| GILEAD SCIENCES, INC. and<br>EMORY UNIVERSITY,<br><br>    Plaintiffs,<br><br>v.<br><br>MYLAN INC. and<br>MYLAN PHARMACEUTICALS INC.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 1:14-cv-99-IMK<br>)<br>)<br>)<br>)<br>) |

## ORDER

On this day came the Defendants Mylan Inc. and Mylan Pharmaceuticals Inc. ("Mylan"), and moved for an extension of the deadlines for fact discovery cut off and expert reports, which was unopposed by Plaintiffs Gilead Sciences, Inc. and Emory University. For good cause shown, the Court **GRANTS** the motion and **ORDERS** the following deadlines in this case:

| | **Deadline** |
|---|---|
| **Completion of Fact Discovery**: | June 18, 2015 |
| **Expert Disclosure**: | July 30, 2015 |
| **Rebuttal Expert Disclosure**: | September 11, 2015 |

This Order does not alter any of the other deadlines set forth in the Scheduling Order dated October 6, 2014 (Dkt. No. 53).

It is so **ORDERED**.

Dated: May 11, 2015

*/s/ Irene M. Keeley*
IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE

6890406