IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| GILEAD SCIENCES, INC. and EMORY UNIVERSITY,<br><br>                    Plaintiffs,<br><br>         v.<br><br>MYLAN INC. and MYLAN PHARMACEUTICALS INC.,<br><br>                    Defendants. | Civil Action No. 1:14-cv-99 (IMK) |

### CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2015, the foregoing GILEAD SCIENCES, INC.'S OBJECTIONS AND RESPONSES TO MYLAN INC. AND MYLAN PHARMACEUTICALS INC.'S NOTICE OF 30(b)(6) DEPOSITION was served upon counsel of record for Defendants Mylan Inc. and Mylan Pharmaceuticals Inc. via email.

/s/Chad L. Taylor_____
Chad L. Taylor (WVSB# 10564)
SIMMERMAN LAW OFFICE, PLLC
254 E. Main St.
Clarksburg, WV 26301-2170

ActiveUS 145195600v.1