**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG**

| | |
|---|---|
| GILEAD SCIENCES, INC. and EMORY UNIVERSITY, ) ) ) ) Plaintiffs, ) ) v. ) ) MYLAN INC. and ) MYLAN PHARMACEUTICALS INC., ) ) Defendants. ) ) | Case No. 1:14-cv-99-IMK |

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2015, I served **DEFENDANTS MYLAN INC. AND MYLAN PHARMACEUTICALS INC.'S NOTICE OF DEPOSITION OF QUYNH AWATA** upon the following attorneys of record for Plaintiffs Gilead Sciences, Inc. and Emory University via electronic mail.

Frank E. Simmerman, Jr.
Chad L. Taylor
Frank E. Simmerman, III
**SIMMERMAN LAW OFFICE, PLLC**
254 East Main Street
Clarksburg, WV  26301-2170
fes@simmermanlaw.com
clt@simmermanlaw.com
trey@simmermanlaw.com

David B. Bassett (*pro hac vice*)
David A. Manspeizer (*pro hac vice*)
Jonathan E. Barbee (*pro hac vice*)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
7 World Trade Center
250 Greenwich Street
New York, NY  10007
david.bassett@wilmerhale.com
david.manspeizer@wilmerhale.com
jonathan.barbee@wilmerhale.com

| | |
|---|---|
| Colleen Tracy James (*pro hac vice*)<br>**MAYER BROWN LLP**<br>1221 Avenue of the Americas<br>New York, NY  10020<br>ctracyjames@mayerbrown.com | Kate Saxton (*pro hac vice*)<br>Vinita Ferrera (*pro hac vice*)<br>Ryann M. Muir (*pro hac vice*)<br>**WILMER CUTLER PICKERING HALE**<br>  **AND DORR LLP**<br>60 State Street<br>Boston, MA  02109<br>kate.saxton@wilmerhale.com<br>vinita.ferrera@wilmerhale.com<br>ryann.muir@wilmerhale.com |
| Christopher Borello (*pro hac vice*)<br>**FITZPATRICK, CELLA, HARPER & SCINTO**<br>1290 Avenue of the Americas<br>New York, NY  10104<br>cborello@fchs.com | Christine E. Duh (*pro hac vice*)<br>**WILMER CUTLER PICKERING HALE**<br>  **AND DORR LLP**<br>950 Page Mill Road<br>Palo Alto, CA  94304<br>christine.duh@wilmerhale.com |
| | ***/s/ Gordon H. Copland***<br>Gordon H. Copland (WV Bar #828)<br>  gordon.copland@steptoe-johnson.com<br>William J. O'Brien (WV Bar #10549)<br>  william.obrien@steptoe-johnson.com<br>**STEPTOE & JOHNSON PLLC**<br>400 White Oaks Boulevard<br>Bridgeport, WV  26330<br>Telephone:  (304) 933-8000<br>Facsimile:  (304) 933-8183<br>*Attorneys for Defendants*<br>*Mylan Inc. and Mylan Pharmaceuticals Inc.* |