# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
### AT CLARKSBURG

| | |
|---|---|
| GILEAD SCIENCES, INC. and EMORY UNIVERSITY, ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) | Case No. 1:14-cv-99-IMK |
| ) MYLAN INC. and ) MYLAN PHARMACEUTICALS INC., ) ) | |
| Defendants. ) ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2015, I served **DEFENDANTS MYLAN INC. AND MYLAN PHARMACEUTICALS INC.'S NOTICE OF DEPOSITION OF MICHAEL HITCHCOCK** upon the following attorneys of record for Plaintiffs Gilead Sciences, Inc. and Emory University via electronic mail.

Frank E. Simmerman, Jr.
Chad L. Taylor
Frank E. Simmerman, III
**SIMMERMAN LAW OFFICE, PLLC**
254 East Main Street
Clarksburg, WV  26301-2170
fes@simmermanlaw.com
clt@simmermanlaw.com
trey@simmermanlaw.com

David B. Bassett (*pro hac vice*)
David A. Manspeizer (*pro hac vice*)
Jonathan E. Barbee (*pro hac vice*)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
7 World Trade Center
250 Greenwich Street
New York, NY  10007
david.bassett@wilmerhale.com
david.manspeizer@wilmerhale.com
jonathan.barbee@wilmerhale.com

Colleen Tracy James (*pro hac vice*)  
**MAYER BROWN LLP**  
1221 Avenue of the Americas  
New York, NY  10020  
ctracyjames@mayerbrown.com  

Kate Saxton (*pro hac vice*)  
Vinita Ferrera (*pro hac vice*)  
Ryann M. Muir (*pro hac vice*)  
**WILMER CUTLER PICKERING HALE**  
  **AND DORR LLP**  
60 State Street  
Boston, MA  02109  
kate.saxton@wilmerhale.com  
vinita.ferrera@wilmerhale.com  
ryann.muir@wilmerhale.com  

Christopher Borello (*pro hac vice*)  
**FITZPATRICK, CELLA, HARPER & SCINTO**  
1290 Avenue of the Americas  
New York, NY  10104  
cborello@fchs.com  

Christine E. Duh (*pro hac vice*)  
**WILMER CUTLER PICKERING HALE**  
  **AND DORR LLP**  
950 Page Mill Road  
Palo Alto, CA  94304  
christine.duh@wilmerhale.com  

*/s/ Gordon H. Copland*  
Gordon H. Copland (WV Bar #828)  
  gordon.copland@steptoe-johnson.com  
William J. O'Brien (WV Bar #10549)  
  william.obrien@steptoe-johnson.com  
**STEPTOE & JOHNSON PLLC**  
400 White Oaks Boulevard  
Bridgeport, WV  26330  
Telephone:  (304) 933-8000  
Facsimile:  (304) 933-8183  
*Attorneys for Defendants*  
*Mylan Inc. and Mylan Pharmaceuticals Inc.*