**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**AT CLARKSBURG**

|  |  |  |
|---|---|---|
| GILEAD SCIENCES, INC. and<br>EMORY UNIVERSITY,<br><br>       Plaintiffs,<br><br>       v.<br><br>MYLAN INC. and<br>MYLAN PHARMACEUTICALS INC.,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:14-cv-99-IMK |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 12, 2015, I served **DEFENDANTS MYLAN INC. AND MYLAN PHARMACEUTICALS INC.'S NOTICE OF DEPOSITION OF ROBERT STRICKLEY** upon the following attorneys of record for Plaintiffs Gilead Sciences, Inc. and Emory University via electronic mail.

| | |
|---|---|
| Frank E. Simmerman, Jr.<br>Chad L. Taylor<br>Frank E. Simmerman, III<br>**SIMMERMAN LAW OFFICE, PLLC**<br>254 East Main Street<br>Clarksburg, WV 26301-2170<br>fes@simmermanlaw.com<br>clt@simmermanlaw.com<br>trey@simmermanlaw.com | David B. Bassett (*pro hac vice*)<br>David A. Manspeizer (*pro hac vice*)<br>Jonathan E. Barbee (*pro hac vice*)<br>**WILMER CUTLER PICKERING HALE**<br>  **AND DORR LLP**<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>david.bassett@wilmerhale.com<br>david.manspeizer@wilmerhale.com<br>jonathan.barbee@wilmerhale.com |

Colleen Tracy James (*pro hac vice*)
**MAYER BROWN LLP**
1221 Avenue of the Americas
New York, NY  10020
ctracyjames@mayerbrown.com

Kate Saxton (*pro hac vice*)
Vinita Ferrera (*pro hac vice*)
Ryann M. Muir (*pro hac vice*)
**WILMER CUTLER PICKERING HALE**
 **AND DORR LLP**
60 State Street
Boston, MA  02109
kate.saxton@wilmerhale.com
vinita.ferrera@wilmerhale.com
ryann.muir@wilmerhale.com

Christopher Borello (*pro hac vice*)
**FITZPATRICK, CELLA, HARPER & SCINTO**
1290 Avenue of the Americas
New York, NY  10104
cborello@fchs.com

Christine E. Duh (*pro hac vice*)
**WILMER CUTLER PICKERING HALE**
 **AND DORR LLP**
950 Page Mill Road
Palo Alto, CA  94304
christine.duh@wilmerhale.com

*/s/ Gordon H. Copland*
Gordon H. Copland (WV Bar #828)
  gordon.copland@steptoe-johnson.com
William J. O'Brien (WV Bar #10549)
  william.obrien@steptoe-johnson.com
**STEPTOE & JOHNSON PLLC**
400 White Oaks Boulevard
Bridgeport, WV  26330
Telephone:  (304) 933-8000
Facsimile:  (304) 933-8183
*Attorneys for Defendants*
*Mylan Inc. and Mylan Pharmaceuticals Inc.*