IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| GILEAD SCIENCES, INC. and EMORY UNIVERSITY,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>MYLAN INC. and MYLAN PHARMACEUTICALS, INC.,<br><br>　　　　　　　Defendants. | Civil Action No.:  1:14-CV-99 (IMK) |

**CERTIFICATE OF SERVICE**

　　　　I hereby certify that on May 14, 2015, the foregoing Plaintiffs' Notice of Deposition of Imtiyaz Basade was served upon the attorneys of record for Defendants Mylan Inc. and Mylan Pharmaceutical, Inc. via email.

　　　　　　　　　　　　　　　　　　　　　　/s/ Chad L. Taylor
　　　　　　　　　　　　　　　　　　　　　　Chad L. Taylor (WVSB# 10564)
　　　　　　　　　　　　　　　　　　　　　　SIMMERMAN LAW OFFICE, PLLC
　　　　　　　　　　　　　　　　　　　　　　254 E. Main St.
　　　　　　　　　　　　　　　　　　　　　　Clarksburg, WV 26301-2170