IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| GILEAD SCIENCES, INC. and EMORY UNIVERSITY,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>MYLAN INC. and MYLAN PHARMACEUTICALS, INC.,<br><br>　　　　　　　Defendants. | Civil Action No.: 1:14-CV-99 (IMK) |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 14, 2015, the foregoing Plaintiffs' Notice of Deposition of Ramesh Dandala was served upon the attorneys of record for Defendants Mylan Inc. and Mylan Pharmaceutical, Inc. via email.

/s/ Chad L. Taylor
Chad L. Taylor (WVSB# 10564)
SIMMERMAN LAW OFFICE, PLLC
254 E. Main St.
Clarksburg, WV 26301-2170