# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| GILEAD SCIENCES, INC. and EMORY UNIVERSITY,<br><br>     Plaintiffs,<br><br>  v.<br><br>MYLAN INC. and MYLAN PHARMACEUTICALS, INC.,<br><br>     Defendants. | Civil Action No.: 1:14-CV-99 (IMK) |

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2015, the foregoing Plaintiffs' Notice of Deposition of Howard Martin was served upon the attorneys of record for Defendants Mylan Inc. and Mylan Pharmaceutical, Inc. via email.

            /s/ Chad L. Taylor
            Chad L. Taylor (WVSB# 10564)
            SIMMERMAN LAW OFFICE, PLLC
            254 E. Main St.
            Clarksburg, WV 26301-2170