**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG**

| | |
|---|---|
| GILEAD SCIENCES, INC. and EMORY UNIVERSITY, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 1:14-cv-99-IMK ) |
| MYLAN INC. and MYLAN PHARMACEUTICALS INC., | ) ) ) ) |
| Defendants. | ) ) ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2015, I served **DEFENDANTS MYLAN INC. AND MYLAN PHARMACEUTICALS INC.'S OBJECTIONS TO PLAINTIFFS' NOTICE OF 30(b)(6) DEPOSITION** upon the attorneys of record for Plaintiffs Gilead Sciences, Inc. and Emory University via electronic mail as follows:

Frank E. Simmerman, Jr.
Chad L. Taylor
Frank E. Simmerman, III
**SIMMERMAN LAW OFFICE, PLLC**
254 East Main Street
Clarksburg, WV  26301-2170
fes@simmermanlaw.com
clt@simmermanlaw.com
trey@simmermanlaw.com

David B. Bassett (*pro hac vice*)
David A. Manspeizer (*pro hac vice*)
Jonathan E. Barbee (*pro hac vice*)
**WILMER CUTLER PICKERING HALE
 AND DORR LLP**
7 World Trade Center
250 Greenwich Street
New York, NY  10007
david.bassett@wilmerhale.com
david.manspeizer@wilmerhale.com
jonathan.barbee@wilmerhale.com

-1-

-2-

| | |
|---|---|
| Colleen Tracy James (*pro hac vice*)<br>**MAYER BROWN LLP**<br>1221 Avenue of the Americas<br>New York, NY 10020<br>ctracyjames@mayerbrown.com | Kate Saxton (*pro hac vice*)<br>Vinita Ferrera (*pro hac vice*)<br>Ryann M. Muir (*pro hac vice*)<br>**WILMER CUTLER PICKERING HALE<br>  AND DORR LLP**<br>60 State Street<br>Boston, MA 02109<br>kate.saxton@wilmerhale.com<br>vinita.ferrera@wilmerhale.com<br>ryann.muir@wilmerhale.com |
| Christopher Borello (*pro hac vice*)<br>**FITZPATRICK, CELLA, HARPER & SCINTO**<br>1290 Avenue of the Americas<br>New York, NY 10104<br>cborello@fchs.com | Christine E. Duh (*pro hac vice*)<br>**WILMER CUTLER PICKERING HALE<br>  AND DORR LLP**<br>950 Page Mill Road<br>Palo Alto, CA 94304<br>christine.duh@wilmerhale.com |

 /s/ William J. O'Brien
Gordon H. Copland (WV Bar #828)
  gordon.copland@steptoe-johnson.com
William J. O'Brien (WV Bar #10549)
  william.obrien@steptoe-johnson.com
**STEPTOE & JOHNSON PLLC**
400 White Oaks Boulevard
Bridgeport, WV 26330
Telephone: (304) 933-8000
Facsimile: (304) 933-8183
*Attorneys for Defendants*
*Mylan Inc. and Mylan Pharmaceuticals Inc.*

20602778