IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**GILEAD SCIENCES, INC. and
EMORY UNIVERSITY,**

      **Plaintiffs,**

v.   //   CIVIL ACTION NO. 1:14CV99
         (Judge Keeley)

**MYLAN INC. and MYLAN
PHARMACEUTICALS INC.,**

      **Defendants.**

## ORDER OF REFERRAL

Pursuant to Title 28, United States Code §§ 636(b)(1)(A) and 636 (b)(1)(B) and L.R. Civ. P.7.02(c), the Court **REFERS** this action to the Honorable John S. Kaull, United States Magistrate Judge, and **ORDERS** that he be designated and authorized to consider the record and rule on the plaintiffs' "Motion to Compel Defendants to Produce Documents" (dkt. no. 160), and any discovery request or subsequent non-dispositive pre-trial motions filed in the case including, without limitation, conducting a hearing on the motions, if necessary, and entering into the record an order as to the appropriate disposition of the motions.

The Court **DIRECTS** the Clerk to transmit copies of this Order of referral to counsel of record and to the Honorable John S. Kaull, United States Magistrate Judge.

DATED: June 1, 2015.

                                 /s/ Irene M. Keeley
                                 IRENE M. KEELEY
                                 UNITED STATES DISTRICT JUDGE