IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| GILEAD SCIENCES, INC. and<br>EMORY UNIVERSITY,<br><br>                              Plaintiffs,<br>         v.<br><br>MYLAN INC. and MYLAN<br>PHARMACEUTICALS INC.,<br><br>                              Defendants. | Civil Action No. 1:14-cv-99 (IMK) |

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2015, the foregoing Plaintiffs' Objections and Responses to Defendants' Second Set of Interrogatories (Nos. 11-16) were served upon the attorneys of record for Defendants Mylan Inc. and Mylan Pharmaceuticals Inc. via email.

/s/Chad L. Taylor_____
Frank E. Simmerman, Jr. (WVSB #3403)
Chad L. Taylor (WVSB #10564)
SIMMERMAN LAW OFFICE, PLLC
254 E. Main St.
Clarksburg, WV 26301-2170

*Attorneys for Plaintiffs Gilead Sciences, Inc. and Emory University*