**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG**

| | |
|---|---|
| GILEAD SCIENCES, INC. and <br> EMORY UNIVERSITY, <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN INC. and <br> MYLAN PHARMACEUTICALS INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 1:14-cv-99-IMK <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF APPEARANCE**

Notice is hereby given of the appearance of Christopher A. Lauderman as counsel for the Defendants, Mylan Inc. and Mylan Pharmaceuticals Inc., in the above styled matter.

Dated this 2nd day of June 2015.

Respectfully submitted,

*/s/ Christopher A. Lauderman*
Gordon H. Copland, W. Va. Bar # 828
gordon.copland@steptoe-johnson.com
William J. O'Brien, W. Va. Bar # 10549
william.obrien@steptoe-johnson.com
Christopher A. Lauderman, W. Va. Bar # 11136
chris.lauderman@steptoe-johnson.com
Steptoe & Johnson PLLC
400 White Oaks Boulevard
Bridgeport, WV 26330
Telephone : (304) 933-8000
Fax: (304) 933-8183

*Attorneys for Defendant
Mylan Pharmaceuticals Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of June, 2015, I served the foregoing "Notice of Appearance" upon all counsel of record, using the Court's CM/ECF filing system as follows:

| | |
|---|---|
| Frank E. Simmerman, Jr.<br>Chad L. Taylor<br>Frank E. Simmerman, III<br>**SIMMERMAN LAW OFFICE, PLLC**<br>254 East Main Street<br>Clarksburg, WV  26301-2170<br>fes@simmermanlaw.com<br>clt@simmermanlaw.com<br>trey@simmermanlaw.com | David B. Bassett (*pro hac vice*)<br>David A. Manspeizer (*pro hac vice*)<br>Jonathan E. Barbee (*pro hac vice*)<br>**WILMER CUTLER PICKERING HALE**<br>   **AND DORR LLP**<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY  10007<br>david.bassett@wilmerhale.com<br>david.manspeizer@wilmerhale.com<br>jonathan.barbee@wilmerhale.com |
| Colleen Tracy James (pro hac vice)<br>Mayer Brown LLP<br>1221 Avenue of the Americas<br>New York, NY  10020<br>ctracyjames@mayerbrown.com | Kate Saxton (pro hac vice)<br>Vinita Ferrera (pro hac vice)<br>Ryann M. Muir (pro hac vice)<br>Wilmer Cutler Pickering Hale<br>   and Dorr LLP<br>60 State Street<br>Boston, MA  02109<br>kate.saxton@wilmerhale.com<br>vinita.ferrera@wilmerhale.com<br>ryann.muir@wilmerhale.com |
| Christopher Borello (pro hac vice)<br>Fitzpatrick, Cella, Harper & Scinto<br>1290 Avenue of the Americas<br>New York, NY  10104<br>cborello@fchs.com | Christine E. Duh (pro hac vice)<br>Wilmer Cutler Pickering Hale<br>   and Dorr LLP<br>950 Page Mill Road<br>Palo Alto, CA  94304<br>christine.duh@wilmerhale.com |

              */s/ Christopher A. Lauderman*