IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG

| | |
|---|---|
| GILEAD SCIENCES, INC. and<br>EMORY UNIVERSITY,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MYLAN INC. and<br>MYLAN PHARMACEUTICALS INC.,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>) Case No. 1:14-cv-099-IMK<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2015, I served **DEFENDANTS MYLAN INC.'S AND MYLAN PHARMACEUTICALS INC.'S THIRD SUPPLEMENTAL RESPONSES TO PLAINTIFFS' FIRST SET OF INTERROGATORIES (NOS. 1-5)** via electronic mail upon the following counsel of record for Plaintiffs Gilead Sciences, Inc. and Emory University:

Frank E. Simmerman, Jr.
Chad L. Taylor
Frank E. Simmerman, III
SIMMERMAN LAW OFFICE, PLLC
254 East Main Street
Clarksburg, WV 26301-2170
fes@simmermanlaw.com
clt@simmermanlaw.com
trey@simmermanlaw.com

David B. Bassett (*pro hac vice*)
David A. Manspeizer (*pro hac vice*)
Jonathan E. Barbee (*pro hac vice*)
WILMER CUTLER PICKERING HALE
　AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
david.bassett@wilmerhale.com
david.manspeizer@wilmerhale.com
jonathan.barbee@wilmerhale.com

<div style="display: flex;">

<div>

Colleen Tracy James (*pro hac vice*)  
**MAYER BROWN LLP**  
1221 Avenue of the Americas  
New York, NY  10020  
ctracyjames@mayerbrown.com  


Christopher Borello (*pro hac vice*)  
**FITZPATRICK, CELLA, HARPER & SCINTO**  
1290 Avenue of the Americas  
New York, NY  10104  
cborello@fchs.com  

</div>

<div>

Kate Saxton (*pro hac vice*)  
Vinita Ferrera (*pro hac vice*)  
Ryann M. Muir (*pro hac vice*)  
**WILMER CUTLER PICKERING HALE
 AND DORR LLP**  
60 State Street  
Boston, MA  02109  
kate.saxton@wilmerhale.com  
vinita.ferrera@wilmerhale.com  
ryann.muir@wilmerhale.com  

Christine E. Duh (*pro hac vice*)  
**WILMER CUTLER PICKERING HALE
 AND DORR LLP**  
950 Page Mill Road  
Palo Alto, CA  94304  
christine.duh@wilmerhale.com  


*/s/ William J. O'Brien*  
Gordon H. Copland (WV Bar #828)  
  gordon.copland@steptoe-johnson.com  
William J. O'Brien (WV Bar #10549)  
  william.obrien@steptoe-johnson.com  
**STEPTOE & JOHNSON PLLC**  
400 White Oaks Boulevard  
Bridgeport, WV  26330  
Telephone:  (304) 933-8000  
Facsimile:  (304) 933-8183  
*Attorneys for Defendants
Mylan Inc. and Mylan Pharmaceuticals Inc.*

</div>

</div>

20700683  
6912290