# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
### AT CLARKSBURG

| | |
|---|---|
| GILEAD SCIENCES, INC. and EMORY UNIVERSITY,<br><br>Plaintiffs,<br><br>v.<br><br>MYLAN INC. and MYLAN PHARMACEUTICALS INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:14-cv-99-IMK<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2015, I served **DEFENDANTS MYLAN INC.'S AND MYLAN PHARMACEUTICALS INC.'S FIRST SUPPLEMENTAL RESPONSES TO PLAINTIFFS' SECOND SET OF INTERROGATORIES (NOS. 8 & 10)** via electronic mail upon the following counsel of record for Plaintiffs Gilead Sciences, Inc. and Emory University:

Frank E. Simmerman, Jr.
Chad L. Taylor
Frank E. Simmerman, III
**SIMMERMAN LAW OFFICE, PLLC**
254 East Main Street
Clarksburg, WV  26301-2170
fes@simmermanlaw.com
clt@simmermanlaw.com
trey@simmermanlaw.com

David B. Bassett (*pro hac vice*)
David A. Manspeizer (*pro hac vice*)
Jonathan E. Barbee (*pro hac vice*)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
7 World Trade Center
250 Greenwich Street
New York, NY  10007
david.bassett@wilmerhale.com
david.manspeizer@wilmerhale.com
jonathan.barbee@wilmerhale.com

-1-

Colleen Tracy James (*pro hac vice*)
**MAYER BROWN LLP**
1221 Avenue of the Americas
New York, NY  10020
ctracyjames@mayerbrown.com

Kate Saxton (*pro hac vice*)
Vinita Ferrera (*pro hac vice*)
Ryann M. Muir (*pro hac vice*)
**WILMER CUTLER PICKERING HALE
 AND DORR LLP**
60 State Street
Boston, MA  02109
kate.saxton@wilmerhale.com
vinita.ferrera@wilmerhale.com
ryann.muir@wilmerhale.com

Christopher Borello (*pro hac vice*)
**FITZPATRICK, CELLA, HARPER & SCINTO**
1290 Avenue of the Americas
New York, NY  10104
cborello@fchs.com

Christine E. Duh (*pro hac vice*)
**WILMER CUTLER PICKERING HALE
 AND DORR LLP**
950 Page Mill Road
Palo Alto, CA  94304
christine.duh@wilmerhale.com

/s/ *William J. O'Brien*
Gordon H. Copland (WV Bar #828)
 gordon.copland@steptoe-johnson.com
William J. O'Brien (WV Bar #10549)
 william.obrien@steptoe-johnson.com
**STEPTOE & JOHNSON PLLC**
400 White Oaks Boulevard
Bridgeport, WV  26330
Telephone:  (304) 933-8000
Facsimile:  (304) 933-8183
*Attorneys for Defendants
Mylan Inc. and Mylan Pharmaceuticals Inc.*

20700712
6912292