**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**AT CLARKSBURG**

|  |  |
|---|---|
| GILEAD SCIENCES, INC. and <br> EMORY UNIVERSITY, <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN INC. and <br> MYLAN PHARMACEUTICALS INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 1:14-cv-99-IMK <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of June, 2015, I served a true copy of the foregoing "Notice of Intent to Serve Subpoena Regarding Abbvie, Inc." upon the following counsel of record, by electronic mail, at the addresses given below:

Frank E. Simmerman, Jr.
Chad L. Taylor
Frank E. Simmerman, III
**SIMMERMAN LAW OFFICE, PLLC**
254 East Main Street
Clarksburg, WV  26301-2170
fes@simmermanlaw.com
clt@simmermanlaw.com
trey@simmermanlaw.com

David B. Bassett (*pro hac vice*)
David A. Manspeizer (*pro hac vice*)
Jonathan E. Barbee (*pro hac vice*)
**WILMER CUTLER PICKERING HALE**
 **AND DORR LLP**
7 World Trade Center
250 Greenwich Street
New York, NY  10007
david.bassett@wilmerhale.com
david.manspeizer@wilmerhale.com
jonathan.barbee@wilmerhale.com

Colleen Tracy James (pro hac vice)
Mayer Brown LLP
1221 Avenue of the Americas
New York, NY  10020
ctracyjames@mayerbrown.com

Kate Saxton (pro hac vice)
Vinita Ferrera (pro hac vice)
Ryann M. Muir (pro hac vice)
Wilmer Cutler Pickering Hale
  and Dorr LLP
60 State Street
Boston, MA  02109
kate.saxton@wilmerhale.com
vinita.ferrera@wilmerhale.com
ryann.muir@wilmerhale.com

| | |
|---|---|
| Christopher Borello (pro hac vice) | Christine E. Duh (pro hac vice) |
| Fitzpatrick, Cella, Harper & Scinto | Wilmer Cutler Pickering Hale |
| 1290 Avenue of the Americas |  and Dorr LLP |
| New York, NY  10104 | 950 Page Mill Road |
| cborello@fchs.com | Palo Alto, CA  94304 |
| | christine.duh@wilmerhale.com |

                                                */s/ Gordon H. Copland* \_\_\_\_
Gordon H. Copland, W. Va. Bar # 828
  gordon.copland@steptoe-johnson.com
**STEPTOE & JOHNSON PLLC**
400 White Oaks Boulevard
Bridgeport, WV 26330
Telephone: (304) 933-8000
Fax: (304) 933-8183

*Attorneys for Defendant*
*Mylan Pharmaceuticals Inc.*