| AO 435 (Rev. 04/11) *Please Read Instructions:* | Administrative Office of the United States Courts **TRANSCRIPT ORDER** | | FOR COURT USE ONLY DUE DATE: |
|---|---|---|---|
| 1. NAME Attorney Gordon Copland | | 2. PHONE NUMBER (304) 933-8181 | 3. DATE 4/14/2015 |
| 4. MAILING ADDRESS Steptoe & Johnson, 400 White Oaks Boulevard | | 5. CITY Bridgeport | 6. STATE WV / 7. ZIP CODE 26339 |
| 8. CASE NUMBER 1:14CV99 | 9. JUDGE Irene M. Keeley | DATES OF PROCEEDINGS 10. FROM 4/14/2015 | 11. TO 4/14/2015 |
| 12. CASE NAME Gilead Sciences, Inc, et al vs Mylan, Inc, et al | | LOCATION OF PROCEEDINGS 13. CITY Clarksburg | 14. STATE WV |

**15. ORDER FOR**
- [ ] APPEAL
- [x] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) Markman Hearing | 04-14-2015 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [x] | [ ] | NO. OF COPIES | 90.00 | 328.50 |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |
| CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional). | | | | ESTIMATE TOTAL | 328.50 |

| 18. SIGNATURE /s/Gordon Copland | PROCESSED BY |
|---|---|
| 19. DATE 4/14/2015 | PHONE NUMBER (304) 282-0395 |
| TRANSCRIPT TO BE PREPARED BY Linda Bachman P.O. Box 969, Clarksburg, WV 26302 | COURT ADDRESS P.O. Box 969 Clarksburg, WV 26302-0969 |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | 4/14/2015 | LB | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | 4/14/2015 | LB | TOTAL CHARGES | 328.50 |
| TRANSCRIPT RECEIVED | 6/5/2015 | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | 6/5/2015 | | TOTAL DUE | 328.50 |

DISTRIBUTION:     COURT COPY     TRANSCRIPTION COPY     ORDER RECEIPT     ORDER COPY