| AO 435<br>(Rev. 04/11)<br>*Please Read Instructions:* | Administrative Office of the United States Courts<br>**TRANSCRIPT ORDER** | | FOR COURT USE ONLY<br>DUE DATE: | |
|---|---|---|---|---|
| 1. NAME<br>Attorney Chad L. Taylor | | 2. PHONE NUMBER<br>(304) 623-4900 | 3. DATE<br>4/16/2015 | |
| 4. MAILING ADDRESS<br>Simmerman Law Office, 254 E. Main Street | | 5. CITY<br>Clarksburg | 6. STATE<br>WV | 7. ZIP CODE<br>26301 |
| 8. CASE NUMBER<br>1:14CV99 | 9. JUDGE<br>Irene M. Keeley | DATES OF PROCEEDINGS | | |
| | | 10. FROM 4/14/2015 | 11. TO 4/14/2015 | |
| 12. CASE NAME<br>Gilead Sciences, Inc, et al vs Mylan, Inc, et al | | LOCATION OF PROCEEDINGS | | |
| | | 13. CITY Clarksburg | 14. STATE WV | |

15. ORDER FOR
- [ ] APPEAL
- [x] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) | |
| ☐ SENTENCING | | Markman Hearing | 04-14-2015 |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☒ | NO. OF COPIES | 90.00 | 81.00 |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |
| CERTIFICATION (18. & 19.)<br>By signing below, I certify that I will pay all charges<br>(deposit plus additional) | | | ESTIMATE TOTAL | | 81.00 |

| 18. SIGNATURE<br>/s/Chad Taylor | PROCESSED BY |
|---|---|
| 19. DATE<br>4/16/2015 | PHONE NUMBER<br>(304) 282-0395 |
| TRANSCRIPT TO BE PREPARED BY<br>Linda Bachman<br>P.O. Box 969, Clarksburg, WV 26302 | COURT ADDRESS<br>P.O. Box 969<br>Clarksburg, WV 26302-0969 |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | 4/16/2015 | LB | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | 4/16/2015 | LB | TOTAL CHARGES | 81.00 |
| TRANSCRIPT RECEIVED | 6/5/2015 | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | 6/5/2015 | | TOTAL DUE | 81.00 |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY