# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
### AT CLARKSBURG

| | |
|---|---|
| GILEAD SCIENCES, INC. and ) | |
| EMORY UNIVERSITY, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:14-cv-99-IMK |
| ) | |
| MYLAN INC. and ) | |
| MYLAN PHARMACEUTICALS INC., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

Notice is hereby given of the appearance of Adam S. Ennis as counsel for the Defendants, Mylan Inc. and Mylan Pharmaceuticals Inc., in the above styled matter.

Dated this 11th day of June 2015.

Respectfully submitted,

*/s/ Adam S. Ennis*
Adam S. Ennis (WV Bar No. 10702)
*adam.ennis@steptoe-johnson.com*
**STEPTOE & JOHNSON PLLC**
11 Grandview Circle, Suite 200
Canonsburg, PA 15317
Telephone: (724) 873-3180
*Attorneys for Defendant*
*Mylan Pharmaceuticals Inc.*

6919661

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of June, 2015, I served a true copy of the foregoing "Notice of Appearance" upon the following counsel of record, by electronic mail, at the addresses given below: (OR using the Court's CM/ECF filing system as follows)

| | |
|---|---|
| Frank E. Simmerman, Jr. <br> Chad L. Taylor <br> Frank E. Simmerman, III <br> **SIMMERMAN LAW OFFICE, PLLC** <br> 254 East Main Street <br> Clarksburg, WV 26301-2170 <br> fes@simmermanlaw.com <br> clt@simmermanlaw.com <br> trey@simmermanlaw.com | David B. Bassett (*pro hac vice*) <br> David A. Manspeizer (*pro hac vice*) <br> Jonathan E. Barbee (*pro hac vice*) <br> **WILMER CUTLER PICKERING HALE** <br>   **AND DORR LLP** <br> 7 World Trade Center <br> 250 Greenwich Street <br> New York, NY 10007 <br> david.bassett@wilmerhale.com <br> david.manspeizer@wilmerhale.com <br> jonathan.barbee@wilmerhale.com |
| Colleen Tracy James (pro hac vice) <br> Mayer Brown LLP <br> 1221 Avenue of the Americas <br> New York, NY 10020 <br> ctracyjames@mayerbrown.com | Kate Saxton (pro hac vice) <br> Vinita Ferrera (pro hac vice) <br> Ryann M. Muir (pro hac vice) <br> Wilmer Cutler Pickering Hale <br>   and Dorr LLP <br> 60 State Street <br> Boston, MA 02109 <br> kate.saxton@wilmerhale.com <br> vinita.ferrera@wilmerhale.com <br> ryann.muir@wilmerhale.com |
| Christopher Borello (pro hac vice) <br> Fitzpatrick, Cella, Harper & Scinto <br> 1290 Avenue of the Americas <br> New York, NY 10104 <br> cborello@fchs.com | Christine E. Duh (pro hac vice) <br> Wilmer Cutler Pickering Hale <br>   and Dorr LLP <br> 950 Page Mill Road <br> Palo Alto, CA 94304 <br> christine.duh@wilmerhale.com |

    */s/ Adam S. Ennis*  
  Adam S. Ennis, W. Va. Bar # 10702  
   *adam.ennis@steptoe-johnson.com*  
**STEPTOE & JOHNSON PLLC**  
11 Grandview Circle, Suite 200  
Canonsburg, PA 15317  
Telephone: (724) 749-3180  
Fax: (724) 873-3143  

*Attorneys for Defendant*  
*Mylan Pharmaceuticals Inc.*

6919661

2