IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG

FILED

JUN 16 2015

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

| | |
|---|---|
| GILEAD SCIENCES, INC. and EMORY UNIVERSITY, <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN INC. and MYLAN PHARMACEUTICALS INC., <br><br> Defendants. | ) ) ) ) ) ) ) Case No. 1:14-CV-99-IMK ) ) ) ) ) |

## ORDER

On this day came the Defendants Mylan Inc. and Mylan Pharmaceuticals Inc. ("Mylan"), and moved for an extension of its deadline to respond to the Plaintiffs' pending motion to compel (Dkt. No. 160), which was unopposed by Plaintiffs Gilead Sciences, Inc. and Emory University. For good cause shown, the Court **GRANTS** the motion and **ORDERS** Mylan to file its response to Plaintiffs' motion to compel on or before June 22, 2015. This Order does not alter any of the other deadlines set forth in the Scheduling Order dated October 6, 2014 (Dkt. No. 53).

It is so **ORDERED**.

Dated: June 16, 2015

~~IRENE M. KEELEY~~ JOHN S. KAULL
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

6922478