**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG**

|  |  |  |
|---|---|---|
| GILEAD SCIENCES, INC. and<br>EMORY UNIVERSITY,<br><br>        Plaintiffs,<br><br>    v.<br><br>MYLAN INC. and<br>MYLAN PHARMACEUTICALS INC.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:14-cv-099-IMK |

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 18, 2015, I served **DEFENDANTS MYLAN INC.'S AND MYLAN PHARMACEUTICALS INC.'S FOURTH SUPPLEMENTAL RESPONSES TO PLAINTIFFS' FIRST SET OF INTERROGATORIES (NO. 4)** via electronic mail upon the following counsel of record for Plaintiffs Gilead Sciences, Inc. and Emory University:

| | |
|---|---|
| Frank E. Simmerman, Jr.<br>Chad L. Taylor<br>Frank E. Simmerman, III<br>**SIMMERMAN LAW OFFICE, PLLC**<br>254 East Main Street<br>Clarksburg, WV  26301-2170<br>fes@simmermanlaw.com<br>clt@simmermanlaw.com<br>trey@simmermanlaw.com | David B. Bassett (*pro hac vice*)<br>David A. Manspeizer (*pro hac vice*)<br>Jonathan E. Barbee (*pro hac vice*)<br>**WILMER CUTLER PICKERING HALE<br>  AND DORR LLP**<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY  10007<br>david.bassett@wilmerhale.com<br>david.manspeizer@wilmerhale.com<br>jonathan.barbee@wilmerhale.com |

-1-

| | |
|---|---|
| Colleen Tracy James (*pro hac vice*)<br>**MAYER BROWN LLP**<br>1221 Avenue of the Americas<br>New York, NY  10020<br>ctracyjames@mayerbrown.com | Kate Saxton (*pro hac vice*)<br>Vinita Ferrera (*pro hac vice*)<br>Ryann M. Muir (*pro hac vice*)<br>**WILMER CUTLER PICKERING HALE**<br>  **AND DORR LLP**<br>60 State Street<br>Boston, MA  02109<br>kate.saxton@wilmerhale.com<br>vinita.ferrera@wilmerhale.com<br>ryann.muir@wilmerhale.com |
| Christopher Borello (*pro hac vice*)<br>**FITZPATRICK, CELLA, HARPER & SCINTO**<br>1290 Avenue of the Americas<br>New York, NY  10104<br>cborello@fchs.com | Christine E. Duh (*pro hac vice*)<br>**WILMER CUTLER PICKERING HALE**<br>  **AND DORR LLP**<br>950 Page Mill Road<br>Palo Alto, CA  94304<br>christine.duh@wilmerhale.com |
| | */s/ Christopher A. Lauderman*<br>Gordon H. Copland (WV Bar #828)<br>  gordon.copland@steptoe-johnson.com<br>William J. O'Brien (WV Bar #10549)<br>  william.obrien@steptoe-johnson.com<br>Christopher A. Lauderman (WV Bar #11136)<br>  chris.lauderman@steptoe-johnson.com<br>**STEPTOE & JOHNSON PLLC**<br>400 White Oaks Boulevard<br>Bridgeport, WV  26330<br>Telephone:  (304) 933-8000<br>Facsimile:  (304) 933-8183<br>*Attorneys for Defendants*<br>*Mylan Inc. and Mylan Pharmaceuticals Inc.* |

20918451

-2-