# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
## AT CLARKSBURG

| | |
|---|---|
| GILEAD SCIENCES, INC. and<br>EMORY UNIVERSITY,<br><br>  Plaintiffs,<br><br>  v.<br><br>MYLAN INC. and<br>MYLAN PHARMACEUTICALS INC.,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:14-cv-99-IMK<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2015, I served **DEFENDANTS MYLAN INC.'S AND MYLAN PHARMACEUTICALS INC.'S SECOND SUPPLEMENTAL RESPONSES TO PLAINTIFFS' SECOND SET OF INTERROGATORIES (NOS. 8 & 10)** via electronic mail upon the following counsel of record for Plaintiffs Gilead Sciences, Inc. and Emory University:

| | |
|---|---|
| Frank E. Simmerman, Jr.<br>Chad L. Taylor<br>Frank E. Simmerman, III<br>**SIMMERMAN LAW OFFICE, PLLC**<br>254 East Main Street<br>Clarksburg, WV  26301-2170<br>fes@simmermanlaw.com<br>clt@simmermanlaw.com<br>trey@simmermanlaw.com | David B. Bassett (*pro hac vice*)<br>David A. Manspeizer (*pro hac vice*)<br>Jonathan E. Barbee (*pro hac vice*)<br>**WILMER CUTLER PICKERING HALE<br>  AND DORR LLP**<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY  10007<br>david.bassett@wilmerhale.com<br>david.manspeizer@wilmerhale.com<br>jonathan.barbee@wilmerhale.com |

<table>
<tr><td>

Colleen Tracy James (*pro hac vice*)
**MAYER BROWN LLP**
1221 Avenue of the Americas
New York, NY 10020
ctracyjames@mayerbrown.com

</td><td>

Kate Saxton (*pro hac vice*)
Vinita Ferrera (*pro hac vice*)
Ryann M. Muir (*pro hac vice*)
**WILMER CUTLER PICKERING HALE**
  **AND DORR LLP**
60 State Street
Boston, MA 02109
kate.saxton@wilmerhale.com
vinita.ferrera@wilmerhale.com
ryann.muir@wilmerhale.com

</td></tr>
<tr><td>

Christopher Borello (*pro hac vice*)
**FITZPATRICK, CELLA, HARPER & SCINTO**
1290 Avenue of the Americas
New York, NY 10104
cborello@fchs.com

</td><td>

Christine E. Duh (*pro hac vice*)
**WILMER CUTLER PICKERING HALE**
  **AND DORR LLP**
950 Page Mill Road
Palo Alto, CA 94304
christine.duh@wilmerhale.com

</td></tr>
</table>

  /s/ Christopher A. Lauderman
Gordon H. Copland (WV Bar #828)
  gordon.copland@steptoe-johnson.com
William J. O'Brien (WV Bar #10549)
  william.obrien@steptoe-johnson.com
Christopher A. Lauderman (WV Bar #11136)
  chris.lauderman@steptoe-johnson.com
**STEPTOE & JOHNSON PLLC**
400 White Oaks Boulevard
Bridgeport, WV 26330
Telephone: (304) 933-8000
Facsimile: (304) 933-8183
*Attorneys for Defendants*
*Mylan Inc. and Mylan Pharmaceuticals Inc.*

20918517