# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Gilead Sciences, Inc. and Emory University

**Plaintiff(s),**

v.

Mylan Inc. and Mylan Pharmaceuticals, Inc.

Civil NO: 1:14-CV-99 (IMK)

**Defendant(s).**

## ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Scott A. McMurry, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: June 23, 2015

*Irene M. Keeley*

United States District Judge