**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**GILEAD SCIENCES, INC., and
EMORY UNIVERSITY,**

      **Plaintiffs,**

*vs*.                            **CIVIL ACTION NO.  1:14CV99**

**MYLAN INC. and
MYLAN PHARMACEUTICALS INC.,**

      **Defendants.**

**ORDER SCHEDULING HEARING ON MOTION TO COMPEL
DEFENDANTS TO PRODUCE DOCUMENTS**

On May 28, 2015, the Plaintiff, through counsel, filed a Motion to Compel Defendants to Produce Documents [Docket Entry 160].  United States District Judge Irene M. Keeley referred the matter to the undersigned on June 1, 2015 [Docket Entry 161].  Defendants filed its response on June 22, 2015 [Docket Entry 176].  Upon review and consideration of the motion and response, the undersigned, hereby, schedules a hearing on Plaintiff's Motion to Compel Defendants to Produce Documents for **Monday, June 29, 2015, at 10:00 a.m.**, at the Clarksburg point of holding court.

It is so **ORDERED**.

The United States Clerk for the Northern District of West Virginia is directed to provide a copy of this order to counsel of record.

DATED:   June 24, 2015

                                              */s/ John S. Kaull*
                                              JOHN S.  KAULL
                                              UNITED STATES MAGISTRATE JUDGE