IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

GILEAD SCIENCES, INC. and
EMORY UNIVERSITY,

        Plaintiffs,

v.

MYLAN INC. and MYLAN
PHARMACEUTICALS INC.,

        Defendants.

Civil Action No. 1:14-cv-99 (IMK)

FILED
JUN 26 2015
U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

[~~PROPOSED~~] ORDER

Upon consideration of Plaintiffs' Unopposed Motion for Leave to File Documents Under Seal and the entire record herein, it is this __th day June, 2015 hereby

ORDERED that Plaintiffs' Motion is GRANTED; and it is further

ORDERED that the documents filed on June 26, 2015 will be placed under seal.

Date: June 26, 2015

_____
USMJ NDWV
United States District Court