IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| GILEAD SCIENCES, INC. and<br>EMORY UNIVERSITY,<br><br>        Plaintiffs,<br>   v.<br><br>MYLAN INC. and MYLAN<br>PHARMACEUTICALS INC.,<br><br>        Defendants. | Civil Action No. 1:14-cv-99 (IMK) |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL
EXHIBITS 3 AND 4 TO PLAINTIFFS' MOTION TO COMPEL
<u>DEFENDANTS TO PRODUCE DOCUMENTS</u>**

Pursuant to Local Rule of General Practice and Procedure 6.01, Plaintiffs Gilead Sciences, Inc. and Emory University respectfully move the Court for leave to file the following documents under seal.

1) Exhibit 3 to Plaintiffs' Motion to Compel Defendants to Produce Documents (Dkt. No. 160)

2) Exhibit 4 to Plaintiffs' Motion to Compel Defendants to Produce Documents (Dkt. No. 160)

For the reasons stated in Plaintiffs' memorandum in support of this motion, certain information in Exhibits 3 and 4 is highly sensitive. Defendants Mylan Inc. and Mylan Pharmaceuticals Inc. do not oppose this motion.

Dated: June 26, 2015            Respectfully submitted,

                       */s/ Chad L. Taylor*
                       David B. Bassett (DB 8727)

WILMER CUTLER PICKERING HALE
AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007

Colleen Tracy (CT 8377)
MAYER BROWN LLP
1675 Broadway
New York, NY 10019

Christopher Borello (CB 6164)
FITZPATRICK, CELLA, HARPER
 & SCINTO
1290 Avenue of the Americas
New York, NY 10104

Frank E. Simmerman, Jr. (WVSB #3403)
Chad L. Taylor (WVSB #10564)
SIMMERMAN LAW OFFICE, PLLC
254 E. Main St.
Clarksburg, WV 26301-2170

*Attorneys for Plaintiffs Gilead Sciences, Inc.
and Emory University*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | |
|---|---|
| GILEAD SCIENCES, INC. and<br>EMORY UNIVERSITY,<br>　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>MYLAN INC. and MYLAN<br>PHARMACEUTICALS INC.,<br>　　　　　　　　　Defendants. | Civil Action No. 1:14-cv-99 (IMK) |

**CERTIFICATE OF SERVICE**

　　　I hereby certify that on June 26, 2015, the foregoing **PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBITS 3 AND 4 TO PLAINTIFFS' MOTION TO COMPEL DEFENDANTS TO PRODUCE DOCUMENTS** was served upon the attorneys of record for Defendants Mylan Inc. and Mylan Pharmaceuticals Inc. using the CM/ECF system, which will send notification of the filing to the counsel of record for Mylan Inc. and Mylan Pharmaceuticals Inc.

　　　　　　　　　　　　　　　　　　　　　　　*/s/Chad L. Taylor*
　　　　　　　　　　　　　　　　　　　　　　　Frank E. Simmerman, Jr. (WVSB #3403)
　　　　　　　　　　　　　　　　　　　　　　　Chad L. Taylor (WVSB #10564)
　　　　　　　　　　　　　　　　　　　　　　　SIMMERMAN LAW OFFICE, PLLC
　　　　　　　　　　　　　　　　　　　　　　　254 E. Main St.
　　　　　　　　　　　　　　　　　　　　　　　Clarksburg, WV 26301-2170