IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED
JUN 3 0 2015
U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

GILEAD SCIENCES, INC., and
EMORY UNIVERSITY,

           Plaintiffs,

v.                                   CIVIL ACTION NO. 1:14-cv-99

MYLAN INC. and
MYLAN PHARMACEUTICALS INC.,

           Defendants.

### ORDER ON PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL

On June 26, 2015, the Plaintiffs, through counsel, filed a Motion For Leave to File Under Seal Exhibits 3 and 4 to Plaintiffs' Motion to Compel Defendants to Produce Documents (Docket No. 184). This motion is unopposed by the Defendants.

Upon consideration of the Plaintiffs' unopposed motion and the entire record herein, the Plaintiffs' Motion is **GRANTED**.

It is so **ORDERED**.

The Clerk of the Court is directed to provide a copy of this Order/Opinion to counsel of record and to remove Docket No. 184 from the list of motions actively pending before this Court.

DATED: June 30, 2015

JOHN S. KAULL
UNITED STATES MAGISTRATE JUDGE