**FILED**

JUL 1 0 2015

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG

| | |
|---|---|
| GILEAD SCIENCES, INC. and<br>EMORY UNIVERSITY,<br><br>      Plaintiffs,<br><br>      v.<br><br>MYLAN INC. and<br>MYLAN PHARMACEUTICALS INC.,<br><br>      Defendants. | Case No. 1:14-cv-099-IMK-JSK |

## ORDER

For reasons appearing to the Court and for good cause shown, the Court **GRANTS** Defendants' Motion for Leave of Christopher C. Kennedy to Withdraw as Counsel and **ORDERS** that attorney Christopher C. Kennedy is hereby withdrawn as counsel for defendants Mylan Inc. and Mylan Pharmaceuticals Inc. in this matter.

The Court **DIRECTS** THE Clerk to terminate attorney Christopher C. Kennedy from CM/ECF list of counsel in this case.

It is so **ORDERED**

Dated: _July 10, 2015_

_Irene M. Keeley_
IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE

6939801