IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| GILEAD SCIENCES, INC. and<br>EMORY UNIVERSITY,<br><br>                Plaintiffs,<br>     v.<br><br>MYLAN INC. and MYLAN<br>PHARMACEUTICALS INC.,<br><br>                Defendants. | Civil Action No. 1:14-cv-99 (IMK) |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2015, the foregoing Plaintiffs' First Supplemental Objections and Responses to Defendants' First Set of Interrogatories (Nos. 1-10) was served upon the attorneys of record for Defendants Mylan Inc. and Mylan Pharmaceuticals Inc. via email.

                                                  */s/Chad L. Taylor*_____
                                                  Chad L. Taylor (WVSB# 10564)