## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
### AT CLARKSBURG

| | |
|---|---|
| GILEAD SCIENCES, INC. and EMORY UNIVERSITY, ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Case No. l:14-cv-99-IMK |
| MYLAN INC. and MYLAN PHARMACEUTICALS INC., ) ) ) ) | |
| Defendants. ) ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2015, the foregoing Plaintiffs' First Supplemental Objections and Responses to Defendants' Second Set of Interrogatories (Nos. 11-16) was served upon the attorneys of record for Defendants Mylan Inc. and Mylan Pharmaceuticals Inc. via email.

*/s/Chad L. Taylor*_____
Chad L. Taylor (WVSB# 10564)