# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| GILEAD SCIENCES, INC. and<br>EMORY UNIVERSITY,<br><br>      Plaintiffs,<br>  v.<br><br>MYLAN INC. and MYLAN<br>PHARMACEUTICALS INC.,<br><br>      Defendants. | Civil Action No. 1:14-cv-99 (IMK) |

## CERTIFICATE OF SERVICE

  The undersigned counsel for Plaintiffs hereby certifies that on July 30, 2015, true copies of the Opening Expert Report of Paul E. Sax, M.D., and the Opening Expert Report of Patrick J. Sinko, Ph.D., R.Ph., each containing the information required by Federal Rule of Civil Procedure 26(a)(2), were served upon the attorneys of record for Defendants Mylan Inc. and Mylan Pharmaceuticals Inc. using electronic mail.

                /s/Chad L. Taylor_____
                Frank E. Simmerman, Jr. (WVSB# 3403)
                fes@simmermanlaw.com
                Chad L. Taylor (WVSB# 10564)
                clt@simmermanlaw.com
                Frank E. Simmerman, III (WVSB# 11589)
                trey@simmermanlaw.com
                SIMMERMAN LAW OFFICE, PLLC
                254 East Main Street
                Clarksburg, West Virginia 26301
                Phone:  (304) 623-4900
                Fax:  (304) 623-4906