**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**AT CLARKSBURG**

|  |  |
|---|---|
| GILEAD SCIENCES, INC. and<br>EMORY UNIVERSITY,<br><br>         Plaintiffs,<br><br>     v.<br><br>MYLAN INC. and<br>MYLAN PHARMACEUTICALS INC.,<br><br>         Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No. 1:14-cv-099-IMK<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2015 **DEFENDANTS MYLAN INC.'S AND MYLAN PHARMACEUTICALS INC.'S FIFTH SUPPLEMENTAL RESPONSES TO PLAINTIFFS' FIRST SET OF INTERROGATORIES (NOS. 2-4)** were served via electronic mail upon the following counsel of record for Plaintiffs Gilead Sciences, Inc. and Emory University:

| | |
|---|---|
| Frank E. Simmerman, Jr.<br>Chad L. Taylor<br>Frank E. Simmerman, III<br>**SIMMERMAN LAW OFFICE, PLLC**<br>254 East Main Street<br>Clarksburg, WV  26301-2170<br>fes@simmermanlaw.com<br>clt@simmermanlaw.com<br>trey@simmermanlaw.com | David B. Bassett (*pro hac vice*)<br>David A. Manspeizer (*pro hac vice*)<br>Jonathan E. Barbee (*pro hac vice*)<br>**WILMER CUTLER PICKERING HALE<br>  AND DORR LLP**<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY  10007<br>david.bassett@wilmerhale.com<br>david.manspeizer@wilmerhale.com<br>jonathan.barbee@wilmerhale.com |

| | |
|---|---|
| Colleen Tracy James (*pro hac vice*)<br>Scott A. McMurry (*pro hac vice)*<br>**MAYER BROWN LLP**<br>1221 Avenue of the Americas<br>New York, NY  10020<br>ctracyjames@mayerbrown.com<br>smcmurry@mayerbrown.com | Kate Saxton (*pro hac vice*)<br>Vinita Ferrera (*pro hac vice*)<br>Ryann M. Muir (*pro hac vice*)<br>**WILMER CUTLER PICKERING HALE<br>  AND DORR LLP**<br>60 State Street<br>Boston, MA  02109<br>kate.saxton@wilmerhale.com<br>vinita.ferrera@wilmerhale.com<br>ryann.muir@wilmerhale.com |
| Christopher Borello (*pro hac vice*)<br>**FITZPATRICK, CELLA, HARPER &<br>SCINTO**<br>1290 Avenue of the Americas<br>New York, NY  10104<br>cborello@fchs.com | Christine E. Duh (*pro hac vice*)<br>**WILMER CUTLER PICKERING HALE<br>  AND DORR LLP**<br>950 Page Mill Road<br>Palo Alto, CA  94304<br>christine.duh@wilmerhale.com |

Dated this 31st day of July, 2015.

> /s/ Gordon H. Copland
> Gordon H. Copland (WV Bar #828)
>   gordon.copland@steptoe-johnson.com
> William J. O'Brien (WV Bar #10549)
>   william.obrien@steptoe-johnson.com
> Christopher A. Lauderman (WV Bar #11136)
>   chris.lauderman@steptoe-johnson.com
> **STEPTOE & JOHNSON PLLC**
> 400 White Oaks Boulevard
> Bridgeport, WV  26330
> Telephone:  (304) 933-8000
> Facsimile:  (304) 933-8183
>
> Adam S. Ennis (WV Bar #10702)
>   adam.ennis@steptoe-johnson.com
> **STEPTOE & JOHNSON PLLC**
> 11 Grandview Circle, Suite 200
> Canonsburg, PA  15317
> Telephone:  (724) 749-3100
> Facsimile:  (724) 873-3134
>
> *Attorneys for Defendants*
> *Mylan Inc. and Mylan Pharmaceuticals Inc.*

21134846