**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG**

|  |  |
|---|---|
| GILEAD SCIENCES, INC. and <br> EMORY UNIVERSITY, <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN INC. and <br> MYLAN PHARMACEUTICALS INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 1:14-cv-99-IMK <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2015, **DEFENDANTS MYLAN INC.'S AND MYLAN PHARMACEUTICALS INC.'S THIRD SUPPLEMENTAL RESPONSES TO PLAINTIFFS' SECOND SET OF INTERROGATORIES (NOS. 8 & 10)** were served via electronic mail upon the following counsel of record for Plaintiffs Gilead Sciences, Inc. and Emory University:

| | |
|---|---|
| Frank E. Simmerman, Jr. <br> Chad L. Taylor <br> cFrank E. Simmerman, III <br> **SIMMERMAN LAW OFFICE, PLLC** <br> 254 East Main Street <br> Clarksburg, WV  26301-2170 <br> fes@simmermanlaw.com <br> clt@simmermanlaw.com <br> trey@simmermanlaw.com | David B. Bassett (*pro hac vice*) <br> David A. Manspeizer (*pro hac vice*) <br> Jonathan E. Barbee (*pro hac vice*) <br> **WILMER CUTLER PICKERING HALE** <br> **AND DORR LLP** <br> 7 World Trade Center <br> 250 Greenwich Street <br> New York, NY  10007 <br> david.bassett@wilmerhale.com <br> david.manspeizer@wilmerhale.com <br> jonathan.barbee@wilmerhale.com |

| | |
|---|---|
| Colleen Tracy James (*pro hac vice*)<br>**MAYER BROWN LLP**<br>1221 Avenue of the Americas<br>New York, NY  10020<br>ctracyjames@mayerbrown.com | Kate Saxton (*pro hac vice*)<br>Vinita Ferrera (*pro hac vice*)<br>Ryann M. Muir (*pro hac vice*)<br>**WILMER CUTLER PICKERING HALE**<br>  **AND DORR LLP**<br>60 State Street<br>Boston, MA  02109<br>kate.saxton@wilmerhale.com<br>vinita.ferrera@wilmerhale.com<br>ryann.muir@wilmerhale.com |
| Christopher Borello (*pro hac vice*)<br>**FITZPATRICK, CELLA, HARPER &**<br>**SCINTO**<br>1290 Avenue of the Americas<br>New York, NY  10104<br>cborello@fchs.com | Christine E. Duh (*pro hac vice*)<br>**WILMER CUTLER PICKERING HALE**<br>  **AND DORR LLP**<br>950 Page Mill Road<br>Palo Alto, CA  94304<br>christine.duh@wilmerhale.com |

Dated this 31st day of July, 2015.

*/s/ Gordon H. Copland*
Gordon H. Copland (WV Bar #828)
  gordon.copland@steptoe-johnson.com
William J. O'Brien (WV Bar #10549)
  william.obrien@steptoe-johnson.com
Christopher A. Lauderman (WV Bar #11136)
  chris.lauderman@steptoe-johnson.com
**STEPTOE & JOHNSON PLLC**
400 White Oaks Boulevard
Bridgeport, WV  26330
Telephone:  (304) 933-8000
Facsimile:  (304) 933-8183
*Attorneys for Defendants*
*Mylan Inc. and Mylan Pharmaceuticals Inc.*