**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**AT CLARKSBURG**

|  |  |
|---|---|
| GILEAD SCIENCES, INC. and EMORY UNIVERSITY, ) ) ) | |
| Plaintiffs, ) ) | |
| v.  ) | Case No. 1:14-cv-99-IMK-JSK |
| MYLAN INC. and MYLAN PHARMACEUTICALS INC., ) ) ) | |
| Defendants. ) ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 30, 2015, the "**DEFENDANTS' INITIAL DISCLOSURE OF EXPERTS,**" together with the attached reports of Robert S. Langer, Robert McSorley, Chloe L. Thio, Daniel W. Armstrong, Robert M. Williams, Stephen G. Kuninof, was served on counsel of record via electronic mail as set forth below:

| | |
|---|---|
| Frank E. Simmerman, Jr. | David B. Bassett (*pro hac vice*) |
| Chad L. Taylor | David A. Manspeizer (*pro hac vice*) |
| Frank E. Simmerman, III | Jonathan E. Barbee (*pro hac vice*) |
| **SIMMERMAN LAW OFFICE, PLLC** | **WILMER CUTLER PICKERING HALE** |
| 254 East Main Street |   **AND DORR LLP** |
| Clarksburg, WV  26301-2170 | 7 World Trade Center |
| fes@simmermanlaw.com | 250 Greenwich Street |
| clt@simmermanlaw.com | New York, NY  10007 |
| trey@simmermanlaw.com | david.bassett@wilmerhale.com |
|  | david.manspeizer@wilmerhale.com |
|  | jonathan.barbee@wilmerhale.com |

6956766

| | |
|---|---|
| Colleen Tracy James (*pro hac vice*) | Kate Saxton (*pro hac vice*) |
| Scott A. McMurry (*pro hac vice)* | Vinita Ferrera (*pro hac vice*) |
| **MAYER BROWN LLP** | Ryann M. Muir (*pro hac vice*) |
| 1221 Avenue of the Americas | **WILMER CUTLER PICKERING HALE** |
| New York, NY 10020 | **AND DORR LLP** |
| ctracyjames@mayerbrown.com | 60 State Street |
| smcmurry@mayerbrown.com | Boston, MA 02109 |
| | kate.saxton@wilmerhale.com |
| | vinita.ferrera@wilmerhale.com |
| | ryann.muir@wilmerhale.com |
| | |
| Christopher Borello (*pro hac vice*) | Christine E. Duh (*pro hac vice*) |
| **FITZPATRICK, CELLA, HARPER &** | **WILMER CUTLER PICKERING HALE** |
| **SCINTO** | **AND DORR LLP** |
| 1290 Avenue of the Americas | 950 Page Mill Road |
| New York, NY 10104 | Palo Alto, CA 94304 |
| cborello@fchs.com | christine.duh@wilmerhale.com |

Dated this 31st of July, 2015.

*/s/ Gordon H. Copland*
Gordon H. Copland (WV Bar #828)
  gordon.copland@steptoe-johnson.com
William J. O'Brien (WV Bar #10549)
  william.obrien@steptoe-johnson.com
Christopher A. Lauderman (WV Bar #11136)
  chris.lauderman@steptoe-johnson.com
**STEPTOE & JOHNSON PLLC**
400 White Oaks Boulevard
Bridgeport, WV 26330
Telephone: (304) 933-8000
Facsimile: (304) 933-8183

Adam S. Ennis (WV Bar #10702)
  adam.ennis@steptoe-johnson.com
**STEPTOE & JOHNSON PLLC**
11 Grandview Circle, Suite 200
Canonsburg, PA 15317
Telephone: (724) 749-3100
Facsimile: (724) 873-3134

*Attorneys for Defendants*
*Mylan Inc. and Mylan Pharmaceuticals Inc.*