IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG

| | |
|---|---|
| GILEAD SCIENCES, INC. and<br>EMORY UNIVERSITY,<br><br>    Plaintiffs,<br><br>    v.<br><br>MYLAN INC. and<br>MYLAN PHARMACEUTICALS INC.,<br><br>    Defendants. | Case No. 1:14-cv-99-IMK |

**NOTICE OF APPEARANCE**

Notice is hereby given of the appearance of the following as additional counsel for the Defendants, Mylan Inc. and Mylan Pharmaceuticals Inc., in the above styled matter:

> James H. Wallace, Jr.
> Mark A. Pacella
> Floyd B. Chapman
> Karin A. Hessler
> Wesley E. Weeks
> **WILEY REIN LLP**
> 1776 K Street NW
> Washington, DC 20006
> (202) 719-7000

Respectfully submitted this 11th day of September 2015.

> */s/ Gordon H. Copland*
> Gordon H. Copland, W. Va. Bar # 828
>   gordon.copland@steptoe-johnson.com
> William J. O'Brien, W. Va. Bar # 10549
>   william.obrien@steptoe-johnson.com
> **STEPTOE & JOHNSON PLLC**
> 400 White Oaks Boulevard
> Bridgeport, WV 26330
> Telephone : (304) 933-8000
> Fax: (304) 933-8183
>
> *Attorneys for Defendants*
> *Mylan Pharmaceuticals Inc. and Mylan Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of September, 2015, I served the foregoing "Notice of Appearance" upon all counsel of record, by filing the same with the Court's CM/ECF filing system, which will serve notice to the following counsel of record:

| | |
|---|---|
| Frank E. Simmerman, Jr.<br>Chad L. Taylor<br>Frank E. Simmerman, III<br>**SIMMERMAN LAW OFFICE, PLLC**<br>254 East Main Street<br>Clarksburg, WV  26301-2170<br>fes@simmermanlaw.com<br>clt@simmermanlaw.com<br>trey@simmermanlaw.com | David B. Bassett (*pro hac vice*)<br>David A. Manspeizer (*pro hac vice*)<br>Jonathan E. Barbee (*pro hac vice*)<br>**WILMER CUTLER PICKERING HALE**<br>  **AND DORR LLP**<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY  10007<br>david.bassett@wilmerhale.com<br>david.manspeizer@wilmerhale.com<br>jonathan.barbee@wilmerhale.com |
| Colleen Tracy James (pro hac vice)<br>Mayer Brown LLP<br>1221 Avenue of the Americas<br>New York, NY  10020<br>ctracyjames@mayerbrown.com | Kate Saxton (pro hac vice)<br>Vinita Ferrera (pro hac vice)<br>Ryann M. Muir (pro hac vice)<br>Wilmer Cutler Pickering Hale<br>  and Dorr LLP<br>60 State Street<br>Boston, MA  02109<br>kate.saxton@wilmerhale.com<br>vinita.ferrera@wilmerhale.com<br>ryann.muir@wilmerhale.com |
| Christopher Borello (pro hac vice)<br>Fitzpatrick, Cella, Harper & Scinto<br>1290 Avenue of the Americas<br>New York, NY  10104<br>cborello@fchs.com | Christine E. Duh (pro hac vice)<br>Wilmer Cutler Pickering Hale<br>  and Dorr LLP<br>950 Page Mill Road<br>Palo Alto, CA  94304<br>christine.duh@wilmerhale.com |
| | */s/ Gordon H. Copland*<br>Gordon H. Copland (WVSB # 828)<br>**STEPTOE & JOHNSON PLLC**<br>400 White Oaks Boulevard<br>Bridgeport, WV 26330<br>Telephone : (304) 933-8000<br>Fax: (304) 933-8183 |