**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
AT CLARKSBURG

| | |
|---|---|
| GILEAD SCIENCES, INC. and<br>EMORY UNIVERSITY,<br><br>    Plaintiffs,<br><br>  v.<br><br>MYLAN INC. and<br>MYLAN PHARMACEUTICALS INC.,<br><br>    Defendants. | Case No. 1:14-cv-99-IMK-JSK |

**CERTIFICATE OF SERVICE**

  I hereby certify that on September 11, 2015, the "**DEFENDANTS' DISCLOSURE AS TO REBUTTAL EXPERTS,**" together with the attached report of Robert S. Langer was served on counsel of record via electronic mail as set forth below:

Frank E. Simmerman, Jr.
Chad L. Taylor
Frank E. Simmerman, III
**SIMMERMAN LAW OFFICE, PLLC**
254 East Main Street
Clarksburg, WV  26301-2170
fes@simmermanlaw.com
clt@simmermanlaw.com
trey@simmermanlaw.com

David B. Bassett (*pro hac vice*)
David A. Manspeizer (*pro hac vice*)
Jonathan E. Barbee (*pro hac vice*)
**WILMER CUTLER PICKERING HALE
 AND DORR LLP**
7 World Trade Center
250 Greenwich Street
New York, NY  10007
david.bassett@wilmerhale.com
david.manspeizer@wilmerhale.com
jonathan.barbee@wilmerhale.com

Colleen Tracy James (*pro hac vice*)
Scott A. McMurry (*pro hac vice)*
**MAYER BROWN LLP**
1221 Avenue of the Americas
New York, NY  10020
ctracyjames@mayerbrown.com
smcmurry@mayerbrown.com

Kate Saxton (*pro hac vice*)
Vinita Ferrera (*pro hac vice*)
Ryann M. Muir (*pro hac vice*)
**WILMER CUTLER PICKERING HALE
 AND DORR LLP**
60 State Street
Boston, MA  02109
kate.saxton@wilmerhale.com
vinita.ferrera@wilmerhale.com
ryann.muir@wilmerhale.com

6990242.1

| | |
|---|---|
| Christopher Borello (*pro hac vice*)<br>**FITZPATRICK, CELLA, HARPER & SCINTO**<br>1290 Avenue of the Americas<br>New York, NY  10104<br>cborello@fchs.com | Christine E. Duh (*pro hac vice*)<br>**WILMER CUTLER PICKERING HALE AND DORR LLP**<br>950 Page Mill Road<br>Palo Alto, CA  94304<br>christine.duh@wilmerhale.com |

Dated this 11th day of September, 2015.

*/s/ Christopher A. Lauderman*
Gordon H. Copland (WV Bar #828)
  gordon.copland@steptoe-johnson.com
William J. O'Brien (WV Bar #10549)
  william.obrien@steptoe-johnson.com
Christopher A. Lauderman (WV Bar #11136)
  chris.lauderman@steptoe-johnson.com
**STEPTOE & JOHNSON PLLC**
400 White Oaks Boulevard
Bridgeport, WV  26330
Telephone:  (304) 933-8000
Facsimile:  (304) 933-8183

Adam S. Ennis (WV Bar #10702)
  adam.ennis@steptoe-johnson.com
**STEPTOE & JOHNSON PLLC**
11 Grandview Circle, Suite 200
Canonsburg, PA  15317
Telephone:  (724) 749-3100
Facsimile:  (724) 873-3134

*Attorneys for Defendants*
*Mylan Inc. and Mylan Pharmaceuticals Inc.*