IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG

FILED
SEP 3 0 2015
U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

| | |
|---|---|
| GILEAD SCIENCES, INC. and<br>EMORY UNIVERSITY,<br><br>Plaintiffs,<br><br>v.<br><br>MYLAN INC. and<br>MYLAN PHARMACEUTICALS INC.,<br><br>Defendants. | Case No. 1:14-cv-99-IMK-JSK |

## ORDER

For reasons appearing to the Court and for good cause shown, the Court **GRANTS** Defendants' Motion for Leave to Withdraw as Counsel and **ORDERS** that attorneys William R. Zimmerman, Jay R. Deshmukh, Thomas Krzeminski, Jared C. Bunker, William O. Adams, and Karen Cassidy of KNOBBE, MARTENS, OLSON & BEAR, LLP are hereby withdrawn as counsel for Defendants Mylan Inc. and Mylan Pharmaceuticals Inc. in this matter.

The Court **DIRECTS** THE Clerk to terminate attorneys William R. Zimmerman, Jay R. Deshmukh, Thomas Krzeminski, Jared C. Bunker, William O. Adams, and Karen Cassidy of KNOBBE, MARTENS, OLSON & BEAR, LLP from CM/ECF list of counsel in this case.

It is so **ORDERED**.

Dated: September 30, 2015

_Irene M. Keeley_
IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE