IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| GILEAD SCIENCES, INC. and<br>EMORY UNIVERSITY,<br><br>        Plaintiffs,<br><br>v.<br><br>MYLAN INC. and<br>MYLAN PHARMACEUTICALS, INC.,<br><br>        Defendant. | <br><br><br><br><br>C.A. NO.  1:14-cv-99 (IMK) |

**ORDER ON STIPULATION FOR DISMISSAL**

Before the Court is the Stipulation for Dismissal of Plaintiffs, GILEAD SCIENCES, INC. ("Gilead") and EMORY UNIVERSITY ("Emory"), and Defendants, MYLAN INC. and MYLAN PHARMACEUTICALS, INC. (together, "Mylan"). The Court being of the opinion that said motion should be GRANTED, it is hereby ORDERED, ADJUDGED and DECREED that all claims, counterclaims or causes of action asserted in this suit by and between Gilead, Emory and Mylan are hereby dismissed with prejudice.

It is further ORDERED that each party shall bear its own costs, expenses and attorney's fees and that the Court shall retain exclusive jurisdiction over any dispute between the parties relating to the resolution of the Action, including for the purpose of enforcing the terms of the settlement agreement.

It is further ORDERED that either party may write to the Court to reopen this matter and restore it to the active docket at any time within sixty (60) days after termination of discussions

between the parties to cure any objections raised by the Federal Trade Commission and/or Department of Justice.

IT IS SO ORDERED THIS  2   day of  November         , 2015.

*Irene M. Keeley*
_____
UNITED STATES DISTRICT JUDGE